1  James M. Hanavan, State Bar No. 66097
   Kristen E. Drake, State Bar No. 202827
2  CRAIGIE, McCARTHY & CLOW
   540 Pacific Avenue
3  San Francisco, CA 94133
   Telephone: (415) 732-7788
4  Facsimile: (415) 732-7783

5

6  Attorneys for Plaintiff Trevor Moss

                                    E-filing
7

8              IN THE UNITED STATES DISTRICT COURT

               FOR THE NORTHERN DISTRICT OF CALIFORNIA        **EDL**
9
                       SAN FRANCISCO DIVISION
10

11                                                    **C 07        2732**
   TREVOR MOSS,                          Case No.:
12
          Plaintiff,                     **PLAINTIFF TREVOR MOSS'S**
13                                       **CERTIFICATION RE: INTERESTED**
                                         **ENTITIES OR PERSONS**
14         v.

15  TIBERON MINERALS LTD.,

16         Defendant.

17         Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than

18  the named parties, there is no such interest to report.

19

20

21  Dated: May 23, 2007                   CRAIGIE, McCARTHY & CLOW
22

23

24                                        By: James M. Hanavan
                                          Attorneys for Plaintiff Trevor Moss
25

26

27

28
                                          1
                                             Plaintiff's Certification Re: Interested Entities or
                                             Persons

CRAIGIE, McCARTHY & CLOW
Telephone: 415/732-7788 Facsimile: 415/732-7783