DAVID J. BROWN (State Bar No. 56628)
BENJAMIN J. RILEY (State Bar No. 226904)
MBV LAW LLP
855 Front Street
San Francisco, California 94111
Telephone: 415-781-4400
Facsimile: 415-989-5143

Attorneys for Defendant
TIBERON MINERALS LTD.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TREVOR MOSS,<br><br>Plaintiff,<br><br>v.<br><br>TIBERON MINERALS LTD.,<br><br>Defendant. | CASE No. C 07 2732 EDL<br><br>**DEFENDANT TIBERON MINERALS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Local Rule 3-16, defendant Tiberon Minerals certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Nui Phao Mining Joint Venture Company Ltd.

2. Thai Nguyen Mineral Company

3. Export-Import Investment Company Thai Nguyen

DATED: July 10, 2007

MBV LAW LLP

By
DAVID J. BROWN
Attorneys for Defendant
TIBERON MINERALS LTD.

MBV LAW LLP
855 FRONT STREET
SAN FRANCISCO, CA 94111

1