1  DAVID J. BROWN (State Bar No. 56628)
   BENJAMIN J. RILEY (State Bar No. 226904)
2  MBV LAW LLP
   855 Front Street
3  San Francisco, California 94111
   Telephone: 415-781-4400
4  Facsimile: 415-989-5143

5  Attorneys for Defendant
   TIBERON MINERALS LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| TREVOR MOSS, | CASE NO. C 07 2732 EDL |
| Plaintiff, | |
| v. | **STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT** |
| TIBERON MINERALS LTD., | |
| Defendant. | |

In accordance with Local Rule 6-1(a), the parties stipulate that defendant Tiberon Minerals, Ltd., shall have an additional 30 days – up to and including August 10, 2007 – to respond to plaintiff Trevor Moss's complaint.

DATED: July 7, 2007           CRAIGIE, MCCARTHY & CLOW

                              By_____
                              JAMES M. HANAVAN
                              Attorneys for Plaintiff
                              TREVOR MOSS

DATED: July 10, 2007          MBV LAW LLP

                              By_____
                              DAVID J. BROWN
                              Attorneys for Defendant
                              TIBERON MINERALS LTD.

Stipulation re Time to Respond to Complaint – Case No. C 07 2732 EDL
61001.01\\376434.DOC