DAVID J. BROWN (State Bar No. 56628)
BENJAMIN J. RILEY (State Bar No. 226904)
MBV LAW LLP
855 Front Street
San Francisco, California 94111
Telephone: 415-781-4400
Facsimile: 415-989-5143

Attorneys for Defendant
TIBERON MINERALS LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TREVOR MOSS,<br><br>  Plaintiff,<br><br>v.<br><br>TIBERON MINERALS LTD.,<br><br>  Defendant. | Case No. C 07 2732 EDL<br><br>**DEFENDANT'S NOTICE OF APPEARANCE** |

The court and the parties of record are hereby informed that David J. Brown of MBV Law LLP is lead counsel for defendant Tiberon Minerals, Ltd. Defendant is also represented by Benjamin J. Riley of MBV Law. Both Mr. Brown and Mr. Riley should be served with any documents related to this case.

DATED: July 10, 2007

MBV LAW LLP

By _____
DAVID J. BROWN
Attorneys for Defendant
TIBERON MINERALS LTD.