AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 22-06-07 |
| Name of SERVER (PRINT) Paul Krebs | TITLE Process Server |

Check one box below to indicate appropriate method of service

- ☐ Served Personally upon the Defendant. Place where served: ................................................................
  ................................................................

- ☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left

- ☐ Returned unexecuted:

- ☑ Other (specify): LEFT COPIES WITH GLORIA KWAN ADMINISTRATIVE ASSISTANT TIBERON MINERALS LTD, 100 YONGE ST. SUITE 1101 TOR. ON

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 23/07
Date

Signature of Server

Address of Server: 157 Adelaide St. W. Suite 509, Toronto, Ontario

[Notary stamp: Donna Godolin, Notary Public]

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.