**CERTIFICATE**
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,

1) that the document has been served*
the **21st day of June, 2007**.

at **Tiberon Minerals Ltd., 100 Younge Street, Suite 1101, Toronto, ON  M5C 2W1**

- in one of the following methods authorised by Article 5:
a) in accordance with the provisions of sub-paragraph (a) of the first paragraph
of Article 5 of the Convention*.

b) in accordance with the following particular method*:

*by sending the documents by registered mail on June 18, 2007 to Tiberon Minerals Ltd., 100 Younge Street, Suite 1101, Toronto, ON  M5C 2W1*

The documents referred to in the request have been delivered to:

*A person authorized to collect mail for Tiberon Minerals Ltd.*

relationship to the addressee (family, business or other):

Annexes
Documents returned:

*As per list of documents on Request form*

In appropriate cases, documents establishing the service:

Done at **Haileybury**, the **3rd of July, 2007**

Signature and/or stamp.

*[signature]*

Lise Renaud
Client Service Representative
Central Authority for the service of documents
in Ontario under the Hague Convention