DAVID J. BROWN (State Bar No. 56628)
BENJAMIN J. RILEY (State Bar No. 226904)
MBV LAW LLP
855 Front Street
San Francisco, California 94111
Telephone: 415-781-4400
Facsimile: 415-989-5143

Attorneys for Defendant
TIBERON MINERALS LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TREVOR MOSS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TIBERON MINERALS LTD.,<br><br>　　　　Defendant. | Case No. C 07 2732 EDL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: August 17, 2007　　　　MBV LAW LLP

By　　/s/
　　BENJAMIN J. RILEY
　　Attorneys for Defendant
　　TIBERON MINERALS LTD.

---

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE – Case No. C 07 2732 EDL**

61001.01\\376391.DOC