**United States District Court**
For the Northern District of California

1

2

3

4               UNITED STATES DISTRICT COURT

5               NORTHERN DISTRICT OF CALIFORNIA

6

7   TREVOR MOSS,

             Plaintiff,                           No. C-07-02732 EDL

8

9        v.                                       NOTICE OF IMPENDING
                                                  REASSIGNMENT TO A UNITED
                                                  STATES DISTRICT COURT JUDGE

10

11  TIBERON MINERALS,

             Defendant.

12  _____/

13        The Clerk of this Court will now randomly reassign this case to a United States District Judge

14  because either:

15  **XX**    (1)    One or more of the parties has requested reassignment to a United States District Judge

16  or has not consented to the jurisdiction of a United States Magistrate Judge, or

17        (2)    One or more of the parties has sought a type of judicial action (e.g., a temporary

18  restraining order) that a United States Magistrate Judge may not take without the consent of all parties,

19  the necessary consents have not been secured, and time is of the essence.

20        The CASE MANAGEMENT CONFERENCE previously scheduled for August 28, 2007, at

21  10:00 a.m. on Magistrate Judge Laporte's calendar will NOT be held.

22

23  Dated:  August 17, 2007

                                              Richard W. Wieking, Clerk
24                                            United States District Court

25

                                              By: Lili M. Harrell
26                                            Deputy Clerk

27

28