IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**TREVOR MOSS**                    ,

      Plaintiff(s),

  v.

No.  **C-07-2732-SC**

**TIBERON MINERALS, LTD.**

      Defendant(s),

**Clerk's Notice**

_____/

    (Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has scheduled a **Case Management Conference** on **September 7, 2007 at 10:00 A.M.**. before the Honorable Samuel Conti. The parties are to file one joint Case Management Statement seven days prior to the Conference.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:  August 20, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: T. De Martini_____
     Courtroom Deputy Clerk

**United States District Court**
For the Northern District of California