DAVID J. BROWN (State Bar No. 56628)
BENJAMIN J. RILEY (State Bar No. 226904)
MBV LAW LLP
855 Front Street
San Francisco, California 94111
Telephone: 415-781-4400
Facsimile: 415-989-5143

Attorneys for Defendant
TIBERON MINERALS LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| TREVOR MOSS, | CASE NO. C 07 2732 EDL |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT** |
| TIBERON MINERALS LTD., | |
| Defendant. | |

In accordance with Local Rule 6-1(a), the parties stipulate that defendant Tiberon Minerals, Ltd., shall have an additional two weeks – up to and including September 8, 2007 – to respond to plaintiff Trevor Moss's complaint.

DATED: August 23, 2007     MBV LAW LLP


By _____/s/_____
    DAVID J. BROWN
    Attorneys for Defendant
    TIBERON MINERALS LTD.

---

**CAPTION – Case No. C 07 2732 EDL**

61001.01\\378786.DOC