United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

| Moss, | 07-02732 SC MED |
|---|---|
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Tiberon Minerals Ltd., | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**JoAnne Dellaverson**
Law Offices of JoAnne Dellaverson
81 Throckmorton Ave., Suite 203
Mill Valley, CA 94941
415-381-8676
jad@dellaverson.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-02732 SC MED                             - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: August 24, 2007

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov