1 DAVID J. BROWN (State Bar No. 56628)
BENJAMIN J. RILEY (State Bar No. 226904)
2 MBV LAW LLP
855 Front Street
3 San Francisco, California 94111
Telephone: 415-781-4400
4 Facsimile: 415-989-5143

5 Attorneys for Defendant
TIBERON MINERALS LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| TREVOR MOSS, | CASE NO. C 07 2732 EDL |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT** |
| TIBERON MINERALS LTD., | |
| Defendant. | |

In accordance with Local Rule 6-1(a), the parties stipulate that defendant Tiberon Minerals, Ltd., shall have an additional two weeks – up to and including September 8, 2007 – to respond to plaintiff Trevor Moss's complaint.

DATED: August 23, 2007          MBV LAW LLP

By_____/s/_____
DAVID J. BROWN
Attorneys for Defendant
TIBERON MINERALS LTD.

ORDERED: Defendant to resond to Plaintiff's Complaint before September 5, 2007.



United States District Judge

**CAPTION – Case No. C 07 2732 EDL**

61001.01\\378786.DOC