UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-07-2732          SAMUEL CONTI          DATE 9/7/07
Case Number        Judge

Title: TREVOR MOSS            vs TIBERON MINERALS LTD.

Attorneys: KRISTEN DRAKE        BENJAMIN RILEY

Deputy Clerk: T. De Martini    Court Reporter: Jim Yeomans

Court   Pltf's   Deft's
(XXX)   ( )     ( )    1. Status Conference - Held

( )     ( )     ( )    2.

( )     ( )     ( )    3.

( )     ( )     ( )    4.

( )     ( )     ( )    5.

( )Motion(s): ( )Granted ( )Denied ( )Withdrawn

( )Granted/Denied ( )Off Calendar ( )Submitted

Order to be Prepared by:( )Pltf ( )Deft ( )Court

Discovery Cutoff: 2/7/08    Pretrial Statements Due _____

Case Continued to 4/4/0 @ 10:00 A.M. for Pretrial Conference

Case Continued to 4/7/08 @ 9:30 A.M. for Jury Trial

Case Continued to _____ for Further Status Conference

Case Continued to 3/7/08 @ 10:00 A.M. for Motions

ORDERED AFTER HEARING: The Defendant is to file a Motion to Narrow the Issues re Jurisdiction

cc: