DAVID J. BROWN (State Bar No. 56628)
BENJAMIN J. RILEY (State Bar No. 226904)
MBV LAW LLP
855 Front Street
San Francisco, California 94111
Telephone: 415-781-4400
Facsimile: 415-989-5143

Attorneys for Defendant
TIBERON MINERALS LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| TREVOR MOSS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TIBERON MINERALS LTD.,<br><br>　　　　Defendant. | CASE NO. C 07 2732 EDL<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS FOR FORUM NON-CONVIENS**<br><br>　Date: October 26, 2007<br>　Time: 10:00 a.m.<br>　Dept.: Courtroom 1, 17th Floor<br>　Judge: Hon. Samuel Conti |
|---|---|

TO PLAINTIFF TREVOR MOSS AND HIS ATTORNEY OF RECORD:

Please take notice that on October 26, 2007 at 10:00 a.m. in Courtroom 1, 75th Floor of the Northern District Court located at 450 Golden Gate Avenue, San Francisco, California, defendant Tiberon Metals Ltd. will move to dismiss plaintiff Trevor Moss's complaint on *forum non-conviens* grounds because, among other reasons, the labor contract that Moss is suing under contains an explicit Canadian choice-of-law provision, Canadian courts are better suited to interpret and enforce Canadian contract and labor laws, and all of the relevant witnesses are located in Canada or outside the Northern District (except for Moss).

The motion will be based on this Notice of Motion and Motion; the accompanying

1  Memorandum of Points and Authorities in Support; the Declaration of Mario Caron; the
2  pleadings previously filed in this case; and any other matters that may be presented to the court
3  during the hearing on this motion.

4  DATED:  September 12, 2007                    MBV LAW LLP

6                                                By    /s/
                                                  DAVID J. BROWN
7                                                 Attorneys for Defendant
                                                  TIBERON MINERALS LTD.

**Notion of Motion and Motion to Dismiss for Forum Non-Conviens – Case No. C 07 2732 EDL**   2