DAVID J. BROWN (State Bar No. 56628)
BENJAMIN J. RILEY (State Bar No. 226904)
MBV LAW LLP
855 Front Street
San Francisco, California 94111
Telephone: 415-781-4400
Facsimile: 415-989-5143

Attorneys for Defendant
TIBERON MINERALS LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TREVOR MOSS,<br><br>            Plaintiff,<br><br>    v.<br><br>TIBERON MINERALS LTD.,<br><br>            Defendant. | CASE NO. C 07 2732 EDL<br><br>**ORDER GRANTING MOTION TO DISMISS FOR FORUM NON-CONVIENS** |

   The motion of defendant Tiberon Metals Ltd. to dismiss plaintiff Trevor Moss's complaint on *forum non-conviens* grounds was heard by this court on October 26, 2007, with each party's counsel of record appearing on their respective behalf. After consideration of the briefs and arguments, and all other matters presented to the court, IT IS HEREBY ORDERED that defendant's motion to dismiss is GRANTED.

DATED: _____

                                    By_____
                                         Hon. Samuel Conti

**Order Granting Motion to Dismiss for Forum Non-Conviens – Case No. C 07 2732 EDL**   1