James C. Oschal, Esquire
Rosenn, Jenkins & Greenwald, L.L.P.
15 South Franklin Street
Wilkes-Barre, Pennsylvania 18711-0075
(570) 826-5621

Of counsel:

Steven M. Bierman, Esquire
Martin B. Jackson, Esquire
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OSRAM SYLVANIA PRODUCTS, INC., | CIVIL ACTION |
| Plaintiff, | Case No. 3:07-cv-865 |
| - against - | (Judge A. RICHARD CAPUTO) |
| TIBERON MINERALS LTD.,<br>NUI PHAO MINING JOINT VENTURE COMPANY LIMITED, and DRAGON CAPITAL MANAGEMENT LIMITED, | |
| Defendants. | |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendants Tiberon Minerals Ltd. ("Tiberon"), Nui Phao Mining Joint Venture Company Limited ("Nui Phao"), and Dragon Capital Management Limited ("Dragon") hereby certifies that:

1. TML Acquisition Limited is the parent of Tiberon, and Vietnam Enterprise Investments Limited; Vietnam Growth Fund Limited and Vietnam Dragon Fund Limited are all corporations which may indirectly own 10% or more of the stock of Tiberon.

2. Nui Phao is 70% owned by Tiberon, and no publicly held corporation owns 10% or more of the stock of Nui Phao.

3. Dragon Capital Group Limited is the parent of Dragon, and no publicly held corporation owns 10% or more of the stock of Dragon.

Dated: June 14, 2007

                ROSENN, JENKINS & GREENWALD, L.L.P.

                By: ___/s/ James C. Oschal_____
                     JAMES C. OSCHAL, ESQUIRE
                     joschal@rjglaw.com
                     15 South Franklin Street
                     Wilkes-Barre, Pennsylvania  18711-0075
                     (570) 826-5621

Of Counsel:

                     SIDLEY AUSTIN LLP
                     Steven M. Bierman
                     Martin B. Jackson
                     787 Seventh Avenue
                     New York, New York  10019
                     (212) 839-5300

                     *Attorneys for Defendants*
                     *Tiberon Minerals Ltd.,*
                     *Nui Phao Mining Joint Venture Limited, and*
                     *Dragon Capital Management Limited*