James M. Hanavan, State Bar No. 66097
Kristen E. Drake, State Bar No. 202827
CRAIGIE, McCARTHY & CLOW
540 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 732-7788
Facsimile: (415) 732-7783

Attorneys for Plaintiff Trevor Moss

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TREVOR MOSS, | Case No.: C 07-2732- SC |
| Plaintiff, | **DECLARATION OF JAMES M. HANAVAN IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR *FORUM NON- CONVENIENS*** |
| v. | |
| TIBERON MINERALS LTD., | |
| Defendant. | Hearing Date: October 26, 2007<br>Time: 10:00 a.m.<br>Location: Courtroom 1, 17th Floor<br>Judge: Hon. Samuel Conti |

///
///
///
///
///
///
///
///
///

Declaration of James M. Hanavan in Support of Opposition to Defendant's Motion to Dismiss for *Forum Non-Conveniens*

I, James M. Hanavan, declare:

1. I am an attorney at law duly admitted to practice before all the courts of the State of California. I am affiliated with the law firm of Craigie, McCarthy & Clow, attorneys of record for plaintiff Trevor Moss.

2. I conducted internet research concerning defendant Tiberon Minerals, Ltd. ("Tiberon"). In the course of conducting this internet research, I printed out a series of press releases, true and correct copies of which are attached hereto as Exhibit "A". According to these Tiberon press releases, the Ontario "witnesses" listed by Mario Caron sold all of their holdings in Tiberon in December of last year, and relinquished any authority they would otherwise have had to play any role in the determination of Trevor Moss's bonus at that time.

3. Further, according to Tiberon's press release, Mr. Caron and Tiberon's other former officers and directors sold and transferred their interest in Tiberon at the same time. Accordingly, each and every "witness" identified by Mr. Caron, including Mr. Caron himself, had contracted away their ability to award Mr. Moss the bonus he had earned in 2006 and cashed out their respective interests in Tiberon. From the sale price in December of last year and the market price at the time he commenced his consulting agreement 16 months before, Mr. Moss calculates that the value of the Tiberon stock increased by more than 55%.

4. In a telephone discussion among me, Tiberon's counsel and the mediator assigned to this case, Tiberon's counsel informed me that Mario Caron is no longer connected with Tiberon.

5. I am over eighteen years of age and have the capacity to perceive and recollect. If called upon to testify, I am competent to testify to the foregoing matters, which are within my personal knowledge.

///
///
///
///

1

Declaration of James M. Hanavan in Support of Opposition to Defendant's Motion to Dismiss for *Forum Non-Conveniens*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on October 5, 2007.

*/s/ James M. Hanavan*
James M. Hanavan

2

Declaration of James M. Hanavan in Support of Opposition to Defendant's Motion to Dismiss for *Forum Non-Conveniens*