James M. Hanavan, State Bar No. 66097
Kristen E. Drake, State Bar No. 202827
CRAIGIE, McCARTHY & CLOW
540 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 732-7788
Facsimile: (415) 732-7783

Attorneys for Plaintiff Trevor Moss

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TREVOR MOSS,<br><br>  Plaintiff,<br><br>  v.<br><br>TIBERON MINERALS LTD.,<br><br>  Defendant. | Case No.: C 07-2732- SC<br><br>**DECLARATION OF KRISTEN E. DRAKE IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR *FORUM NON-CONVENIENS***<br><br>Hearing Date: October 26, 2007<br>Time: 10:00 a.m.<br>Location: Courtroom 1, 17th Floor<br>Judge: Hon. Samuel Conti |

///
///
///
///
///
///
///
///
///

I, Kristen E. Drake, declare:

1. I am an attorney at law duly admitted to practice before all the courts of the State of California. I am associated with the law firm of Craigie, McCarthy & Clow, attorneys of record for plaintiff Trevor Moss.

2. During the month of June 2007, I visited defendant Tiberon Minerals Ltd. ("Tiberon")'s website at http://www.tiberon.com. At that time, a notice was posted on the website stating that effective on or about June 25, 2007, Tiberon would be closing its Toronto offices and relocating to Vietnam. Tiberon's website no longer contains any information and simply states, "Site Under Construction."

3. I am over eighteen years of age and have the capacity to perceive and recollect. If called upon to testify, I am competent to testify to the foregoing matters, which are within my personal knowledge.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on October 5, 2007.

                                       */s/ Kristen E. Drake*
                                       Kristen E. Drake

CRAIGIE, McCARTHY & CLOW
Telephone: 415/732-7788 · Facsimile: 415/732-7783