DAVID J. BROWN (State Bar No. 56628)
MBV LAW LLP
855 Front Street
San Francisco, California 94111
Telephone: 415-781-4400
Facsimile: 415-989-5143

Attorneys for Defendant
TIBERON MINERALS LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TREVOR MOSS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TIBERON MINERALS LTD.,<br><br>　　　　Defendant. | Case No. C 07 2732 SC<br><br>**TIBERON MINERALS LTD.'S<br>SUPPLEMENTAL AUTHORITIES**<br><br>Date: October 26, 2007<br>Time: 10:00 a.m.<br>Dept.: Courtroom 1, 17th Floor<br>Judge: Hon. Samuel Conti |

　　Tiberon Minerals Ltd. submits the attached supplemental authorities for the Court's convenience.

DATED: October 12, 2007　　　　　　MBV LAW LLP


By　　/s/
　　DAVID J. BROWN
　　Attorneys for Defendant
　　TIBERON MINERALS LTD.

---

TIBERON MINERALS LTD.'S SUPPLEMENTAL AUTHORITIES – Case No. C 07 2732 SC　　1