**Annual Information Form**
**March 29, 2007**

## DIRECTORS AND OFFICERS

### NAME, ADDRESS AND OCCUPATION

| Name, Province/State and Country of Residence and Year first became a Director (or n/a if not a director) | Position or Office with the Corporation and Principal Occupation During Five Preceding Years | Number and Percentage of Common Shares Beneficially Owned, Directly or Indirectly, or over which control or direction is exercised at March 29, 2007[1] |
|---|---|---|
| Mario Caron, P.Eng. Ontario Canada 2003 | Director, President and Chief Executive Officer of the Corporation. President and Chief Executive Officer of the Corporation since July 2003. Vice President of Operations for Defiance Mining Corporation from October 2001 to July 2003. Vice President of Mining and Infrastructure, Financial Advisory Services Practice of Price Waterhouse Coopers Securities from April 2000 to October 2001. | Nil |
| Clifford Davis[5][6] Ontario Canada 2003 | Director of the corporation. Director of the Corporation since June 2003. Director of Rio Narcea Gold Mines, Ltd. since September 2004. Chairman of New Gold, Inc. since January 2006. President and Chief Executive Officer of Gabriel Resources Ltd. from April 2001 to June 2002. President and Chief Operating Officer of TVX Gold Inc. from January 1999 to March 2001. | Nil |
| Ian Gowrie-Smith[2][6] London England 2003 | Chairman of the Board of the Corporation. Non-executive Chairman of the Corporation since February 2003. Chairman of SkyePharma PLC from 1996 to 2006. | Nil |
| Lars-Eric Johansson[4] Ontario Canada 2004 | Director of the Corporation. Executive Vice President and Chief Financial Officer of Kinross Gold Corp. since June 2004. Executive Vice President and Chief Financial Officer of Noranda Inc. from May 2002 to November 2003. Senior Vice President and Chief Financial Officer of Falconbridge Limited from September 1989 to May 2002. | Nil |
| Loren Komperdo[4][7] Alberta Canada 1995 | Director of the Corporation. President and Chief Executive Officer of Keeper Resources Inc. since October 2003. President and Chief Executive Officer of the Corporation from November 1995 to July 2003. | Nil |
| Richard Lister[3][5][6] Ontario Canada 2005 | Director of the Corporation. Director of the Corporation since May 2005. President and Chief Executive Officer of Zemex Corporation from 1993 to 2002. | Nil |



Annual Information Form
March 29, 2007

| Name, Province/State and Country of Residence and Year first became a Director (or n/a if not a director) | Position or Office with the Corporation and Principal Occupation During Five Preceding Years | Number and Percentage of Common Shares Beneficially Owned, Directly or Indirectly, or over which control or direction is exercised at March 29, 2007[1] |
|---|---|---|
| Ray Morley[7] Oregon U.S.A. 2000 | Director of the Corporation. Founder and Vice President of Business Development of Western Oil Sands Inc. since January 2000. Prior to 2000, Mr. Morley managed business development at BHP Minerals for 20 years. | Nil |
| David Garofalo[4] Ontario Canada 2006 | Director of the Corporation Vice President and Chief Financial Officer of Agnico-Eagle Mines Limited and Contact Diamond Corp since 1998. Prior to that Mr. Garofalo held several finance positions at Inmet Mining Corporation from 1990 to 1998. | Nil |
| Walter Henry, CFA Ontario Canada n/a | Vice President, Finance and Chief Financial Officer of the Corporation. Chief Financial Officer of the Corporation since October 2003. Vice President, Finance since November 2003. Manager of CIBC World Markets from January 2003 to October 2003. Self Employed from January 2002 to December 2002. Assistant Vice President, Financial Advisory Services of Pricewaterhouse Coopers Securities Inc. from August 2000 to December 2001. | Nil |
| Trevor Moss[8] California U.S.A. n/a | Vice President, Operations of the Corporation. Vice President, Operations of the Corporation since August 2005. Vice President of Gabriel Resources Ltd. from 2002 to August 2005. Senior Project Director with Aker Kvaener from 2000 to 2002. | Nil |
| Jodi Peake[9] Ontario Canada n/a | Vice President, Investor Relations of the Corporation. Vice President, Investor Relations of the Corporation since June 2005. Director, Investor Relations and Corporate Communications of Dimethaid Research Inc. from September 2002 to June 2005. Senior Consultant of Strategic Investor Relations from 2000 to September 2002. | Nil |
| Sonya Stark[9] Ontario Canada n/a | Vice President, Administration and Corporate Secretary of the Corporation. Vice President, Administration and Corporate Secretary of the Corporation since October 2005. Director, Corporate Affairs of CFM Corporation from February 2004 to October 2005. Director, Investor Relations and Corporate Secretary of CFM Corporation from February 2001 to October 2005. Director, Legal Affairs of CFM Corporation from February 2001 to February 2004. | Nil |



Annual Information Form
March 29, 2007

| Name, Province/State and Country of Residence and Year first became a Director (or n/a if not a director) | Position or Office with the Corporation and Principal Occupation During Five Preceding Years | Number and Percentage of Common Shares Beneficially Owned, Directly or Indirectly, or over which control or direction is exercised at March 29, 2007[1] |
|---|---|---|
| Nigel Tamlyn [10] Hanoi Vietnam n/a | Resident General Manager of the Corporation, on behalf of Nuiphaovica. | Nil |
| | Resident General Manager of the Corporation, on behalf of Nuiphaovica, since September 2004. Assistant General Manager, Operations of MIDROC Gold SC from 2002 to September 2004. Resident Manager of Manila Mining Corp & Lepanto Consolidated Phillipines (Gold) from 2000 to 2002. | |
| Christian Marti [11] Hanoi Vietnam n/a | General Manager of Nuiphaovica | Nil |
| | Resident General Manager of Nuiphaovica from September 2006. Senior Mining Engineer at SNC-Lavalin Inc. From 2005 to September 2006 General Manager – Vice President Operations, Defiance Mining Corporation from 2002-2005, Vice President Operations, ALLICAN from 2000-2002. | |

(1) The information with respect to the shares beneficially owned, directly or indirectly, by the above nominees has been furnished by the respective nominees individually, such information not being within the knowledge of the Corporation.
(2) Chairman of the Board
(3) Lead Director
(4) Member of the Audit Committee.
(5) Member of the Compensation Committee.
(6) Member of the Corporate Governance and Nominating Committee.
(7) Completed services at 2006 Annual General Meeting.
(8) Terminated in August 2006.
(9) Resigned in February 2007, following completion of the successful Dragon Capital take-over bid.
(10) Terminated in July 2006.
(11) Began employment in September 2006.

**Term of Office**

Each director remains in office until the next annual shareholders' meeting or until his or her successor is duly elected, unless his office is earlier vacated in accordance with the by-laws of the Corporation and/or any other applicable law.

**Voting Securities**

As at the date of this AIF, being March 29, 2007, directors and senior officers of the Corporation, as set out on pages 34 to 36 of this Annual Information Form, as a group do not beneficially own, directly or indirectly, or exercise control or direction over any common shares.

