James M. Hanavan, State Bar No. 66097
Kristen E. Drake, State Bar No. 202827
CRAIGIE, McCARTHY & CLOW
540 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 732-7788
Facsimile: (415) 732-7783

Attorneys for Plaintiff Trevor Moss

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TREVOR MOSS,<br><br>  Plaintiff,<br><br>  v.<br><br>TIBERON MINERALS LTD.,<br><br>  Defendant. | Case No.: C 07-2732- SC<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DISMISS FOR *FORUM NON- CONVENIENS***<br><br>[OR IN THE ALTERNATIVE]<br><br>**[PROPOSED] ORDER CONTINUING THE HEARING ON DEFENDANT'S MOTION TO DISMISS FOR *FORUM NON-CONVENIENS* IN LIGHT OF OUTSTANDING DISCOVERY ON THE ISSUES**<br><br>Hearing Date: October 26, 2007<br>Time: 10:00 a.m.<br>Location: Courtroom 1, 17th Floor<br>Judge: Hon. Samuel Conti |

///
///
///
///
///
///

[Proposed] Order Regarding Defendant's Motion to Dismiss for *Forum Non-Conveniens*

Defendant Tiberon Minerals Ltd.'s (hereinafter "Tiberon") Motion to Dismiss for *Forum Non-Conveniens* was submitted on the papers pursuant to this Court's vacation of the hearing date. Having considered the memoranda, briefs, declarations and other evidence submitted by the parties, Tiberon's motion to dismiss on the basis of *forum non-conveniens* is DENIED.

**IT IS SO ORDERED.**

Dated: _____, 2007              _____
                                           The Honorable Samuel Conti
                                           United States District Court Judge

[OR IN THE ALTERNATIVE]

Defendant Tiberon Minerals Ltd.'s (hereinafter "Tiberon") Motion to Dismiss for *Forum Non-Conveniens* was submitted on the papers pursuant to this Court's vacation of the hearing date. Having considered the memoranda, briefs, declarations and other evidence submitted by the parties, this Court finds that additional evidence provided in response to plaintiff's outstanding discovery may be relevant to the determination of this motion. *In re Bridgestone/Firestone, Inc., ATX, ATX II & Wilderness Tires Products Liab. Litig.* (SD IN 2001) 131 F. Supp.2d 1027, 1029-130. Accordingly, this Court hereby continues the hearing date for Tiberon's motion to allow any additional evidence obtained via discovery to be presented on the issues.

The hearing date on Tiberon's motion is continued until: _____;

Further opposition papers may be filed by plaintiff on or before: _____;

Further reply papers may be filed by Tiberon on or before: _____.

**IT IS SO ORDERED.**

Dated: _____, 2007              _____
                                           The Honorable Samuel Conti
                                           United States District Court Judge

1

[Proposed] Order Regarding Defendant's Motion to Dismiss for *Forum Non-Conveniens*