DAVID J. BROWN (State Bar No. 56628)
MBV LAW LLP
855 Front Street
San Francisco, California 94111
Telephone: 415-781-4400
Facsimile: 415-989-5143

Attorneys for Defendant
TIBERON MINERALS LTD.

**FILED**

OCT 3 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TREVOR MOSS,<br><br>    Plaintiff,<br><br>v.<br><br>TIBERON MINERALS LTD.,<br><br>    Defendant. | CASE NO. C 07 2732 SC<br><br>**ORDER GRANTING REQUEST FOR TELEPHONIC ATTENDANCE AT MEDIATION** |

The request of defendant Tiberon Metals Ltd. for an order allowing it to attend the mediation in this matter by telephone from Vietnam was Considered by this Court on 10/31/07, 2007. After consideration of the request, IT IS HEREBY ORDERED that defendant's request to attend the mediation in this matter telephonically is GRANTED, with the defendant ordered to have its representative who will attend telephonically be a member of the Board of Directors of the defendant, who otherwise meets the requirements of this Court as to being a mediation attendee for a Company pursuant to the applicable local rules.

DATED: 10/31/07

                                                Hon. Wayne D. Brazil