DAVID J. BROWN (State Bar No. 56628)
MBV LAW LLP
855 Front Street
San Francisco, California 94111
Telephone: 415-781-4400
Facsimile: 415-989-5143

Attorneys for Defendant
TIBERON MINERALS LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TREVOR MOSS,<br><br>    Plaintiff,<br><br>v.<br><br>TIBERON MINERALS LTD.,<br><br>    Defendant. | CASE NO. C 07 2732 SC<br><br>**[PROPOSED]**<br>**JUDGMENT OF DISMISSAL**<br><br>Date:    N/A<br>Time:    N/A<br>Dept.:    Courtroom 1, 17th Floor<br>Judge:    **Hon. Samuel Conti** |

JUDGMENT of Dismissal is entered in favor of Defendant Tiberon Minerals Ltd. and against Plaintiff Trevor Moss pursuant to this Court's Order Granting Defendant's Motion to Dismiss Forum Non Conveniens, with Tiberon Minerals Ltd. agreeing to submit to jurisdiction in Canada and waiving any statute of limitations defenses.

Defendant Tiberon Minerals Ltd. is awarded Costs in the amount of $_____, and attorneys fees in the amount of $_____, both sums to be determined pursuant to Local Rules 54-1 to 54-6.

Dated: November __, 2007

_____
UNITED STATES DISTRICT JUDGE