James M. Hanavan, State Bar No. 66097
Kristen E. Drake, State Bar No. 202827
CRAIGIE, McCARTHY & CLOW
540 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 732-7788
Facsimile: (415) 732-7783

Attorneys for Plaintiff Trevor Moss

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TREVOR MOSS,<br><br>    Plaintiff,<br><br>       v.<br><br>TIBERON MINERALS LTD.,<br><br>    Defendant. | Case No.: C 07-2732- SC<br><br>~~[PROPOSED]~~<br>**JUDGMENT OF DISMISSAL**<br><br>Hearing Date:  N/A<br>Time:  N/A<br>Location:  Courtroom 1, 17th Floor<br>Judge:  Hon. Samuel Conti |

It is the JUDGMENT of this Court that Defendant Tiberon Minerals Ltd.'s Motion to

Dismiss for Forum Non Conveniens is granted on the conditions that Tiberon Minerals Ltd.

submit to jurisdiction in Canada and waive any statute of limitations defenses.

      December
Dated: ~~November~~ ___5___, 2007

The ~~Honorable Samuel Conti~~
United ~~States District Court~~ Judge

IT IS SO ORDERED

Judge Samuel Conti

CRAIGIE, McCARTHY & CLOW
Telephone: 415/732-7788 · Facsimile: 415/732-7783

Judgment of Dismissal