1  James M. Hanavan, State Bar No. 66097
   Kristen E. Drake, State Bar No. 202827
2  CRAIGIE, McCARTHY & CLOW
   540 Pacific Avenue
3  San Francisco, CA 94133
   Telephone: (415) 732-7788
4  Facsimile: (415) 732-7783

6  Attorneys for Plaintiff Trevor Moss

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TREVOR MOSS,<br><br>  Plaintiff,<br><br>  v.<br><br>TIBERON MINERALS LTD.,<br><br>  Defendant. | Case No.: C 07-2732- SC<br><br>**NOTICE OF PLAINTIFF'S MOTION TO ALTER JUDGMENT PURSUANT TO FRCP 59(e) AND MOTION FOR RELIEF FROM JUDGMENT DISMISSING FOR *FORUM NON- CONVENIENS* PURSUANT TO FRCP 60(b)**<br><br>Hearing Date: January 25, 2008<br>Time: 10:00 a.m.<br>Location: Courtroom 1, 17th Floor<br>Judge: Hon. Samuel Conti |

///
///
///
///
///
///
///
///

1  TO EACH PARTY AND THEIR ATTORNEYS OF RECORD:

2  YOU ARE HEREBY NOTIFIED THAT on Friday, January 25, 2008 at 10:00 a.m. or as
3  soon thereafter as it may be heard in Courtroom 1 of the above-entitled court located at 450
4  Golden Gate Avenue, 17th Floor, San Francisco, California, 94102, the Honorable Samuel Conti
5  presiding, plaintiff Trevor A. Moss, by and through his undersigned counsel, will move this Court
6  for an order pursuant to Federal Rule of Civil Procedure 59(e) altering the judgment of dismissal
7  entered by this Court on December 5, 2007, as well as for an order pursuant to Federal Rule of
8  Civil Procedure 60(b) for relief from the December 5, 2007 judgment.

9  Pursuant to Federal Rule of Civil Procedure 59(e), plaintiff brings this motion for good
10 cause on the grounds that there exist manifest errors of law and fact.  The Court did not hold
11 defendant to the proper burden of proof, improperly relying on the alleged number of witnesses
12 and the alleged location of documents in foreign jurisdictions, rather than considering the
13 materiality of the witnesses and documents and the availability of the witnesses and documents.
14 Further, this Court applied a choice of forum standard based upon a choice of law provision,
15 although neither plaintiff Moss nor the other party to the consulting agreement, Nui Phao Mining
16 Joint Venture Company Ltd. ("Nuiphaovica"), had chosen Ontario as a forum.  Finally, the Court
17 erred in finding Ontario an appropriate choice of alternative forum, despite the fact that Ontario
18 has no interest whatsoever in either the parties or their dispute.

19 Plaintiff also brings this motion for good cause pursuant to Federal Rules of Civil
20 Procedure 60(b)(1) and 60(b)(6) which provide that "[o]n motion and just terms, the court may
21 relieve a party or its legal representative from a final judgment, order, or proceeding for the
22 following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; … (6) any other
23 reason that justifies relief."  As detailed in the accompanying declaration of James M. Hanavan,
24 plaintiff's counsel became aware that a key document—the Pre-Acquisition Agreement executed
25 by defendant Tiberon— apparently negated the alleged relevance of defendant's proposed
26 Ontario witnesses in its *forum non conveniens* analysis.  The apparent existence of this document
27 came to counsel's attention only days before the opposition was due, and its authenticity could
28

1

Notice of Plaintiff's Motion to Alter Judgment and
Motion for Relief from Judgment Dismissing for
*Forum Non-Conveniens*

CRAIGIE, McCARTHY & CLOW
Telephone: 415/732-7788 · Facsimile: 415/732-7783

1  not be proven at that time.  Although plaintiff propounded discovery directed to the only
2  argument presented by Tiberon as to the relevancy of witnesses and documents located in
3  Ontario, the Court granted defendant's motion before the discovery responses were due.
4      In addition, for the first time in its reply papers, defendant cited Canadian law purporting
5  to establish a defense that would be supported by Canadian witnesses and documents.  Further,
6  for the first time in its reply papers, defendant presented a supporting witness declaration directed
7  to the same defense.  While the declaration established that the purported defense was not, in fact,
8  available to defendant, plaintiff was unable to address the lack of relevance of Canadian witnesses
9  established by this witness declaration as it was first presented with the reply papers.
10     These motions will be based upon this notice, all pleadings, papers and records in this
11 action, the memorandum of points and authorities, the request for judicial notice, the declarations
12 of Trevor A. Moss, William G. Horton, and James Hanavan, as well as the argument presented at
13 the hearing.

16 Dated: December 19, 2007     CRAIGIE, McCARTHY & CLOW

19     */s/ James M. Hanavan*
20 By: James M. Hanavan
    Attorneys for Plaintiff Trevor Moss

2

Notice of Plaintiff's Motion to Alter Judgment and Motion for Relief from Judgment Dismissing for *Forum Non-Conveniens*