**PROOF OF SERVICE**

I, Kristen Drake, certify and declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is Craigie, McCarthy & Clow, 540 Pacific Avenue, San Francisco, California 94133.

**☒ BY MAIL**: I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On October 19, 2007, at my place of business at Craigie, McCarthy & Clow, 540 Pacific Avenue, San Francisco, California 94133, I placed the document(s) described on the attached document list for deposit in the United States Postal Service in a sealed envelope, with postage fully prepaid, addressed to those persons listed in the attached service list.

**_____ BY FAX**: On October 19, 2007, I transmitted from a facsimile transmission machine, whose telephone number (415) 732-7783, the following document(s) described on the attached document list and a copy of this declaration to the recipient and their fax number as indicated on the attached service list. The transmission was reported as complete without error by a transmission report issued by the facsimile transmission machine immediately following the transmission. A true and correct copy of the transmission report may be requested from the undersigned by calling (415) 732-7788.

**_____ BY FEDERAL EXRPESS**: On October 19, 2007, I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by this express service carrier to receive documents, a copy of the document(s) described on the attached document list, together with a copy of this declaration, in an envelope designated by the this express service carrier, with delivery fees paid or provided for, addressed to those persons listed on the attached service list.

**_____ BY HAND DELIVERY**: On October 19, 2007, I caused a copy of the document(s) described on the attached document list, together with a copy of this declaration, to be hand delivered, with delivery fees paid or provided for, to those persons listed on the attached service list.

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on October 19, 2007.

_____
Kristen Drake

Document and Service Lists Attached

CRAIGIE, McCARTHY & CLOW
Telephone: 415/732-7788 · Facsimile: 415/732-7783

PROOF OF SERVICE

## DOCUMENT LIST

PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION TO DEFENDANT TIBERON MINERALS LTD.

## SERVICE LIST

David J. Brown
MBV LAW LLP
855 Front Street
San Francisco, CA 94111
Facsimile: (415) 989-5143
Attorneys for Defendant Tiberon Minerals Ltd.