# TIBERON MINERALS LTD.

## REPORT OF VOTING RESULTS
(Section 11.3 of National Instrument 51-102)

In accordance with section 11.3 of National Instrument 51-102 *Continuous Disclosure Obligations*, this report briefly describes the matters voted upon and the outcome of the votes at the Annual and Special Meeting of Shareholders of Tiberon Minerals Ltd. (the "Corporation") held on May 10, 2006 in Toronto, Ontario (the "Meeting").

The Scrutineers' report recorded that there were 3 registered shareholders and proxyholders present in person representing 4,385,728 shares, and that there were 50 shareholders represented by proxy holding 28,053,925 shares, for a total representation in person or by proxy of 32,439,653 shares or 43.1%.

1. **Election of Directors**   A resolution electing the following seven directors of the Corporation until the next annual meeting of shareholders or until their successors are duly elected or appointed: Mario Caron; Clifford Davis; David Garofalo; Ian Gowrie-Smith; Lars-Eric Johansson; Loren Komperdo; and Richard Lister was approved by a vote conducted by a show of hands.

2. **Appointment of Auditors**   A resolution reappointing Ernst & Young LLP, Chartered Accountants as auditors of the Corporation until the next annual meeting of shareholders or until their successors are duly appointed, and authorizing the Board of Directors of the Corporation to fix the remuneration to be paid to the auditors was approved by a vote conducted by a show of hands.

3. **Amendment of Articles**   A special resolution authorizing the amendment of the articles of the Corporation to change the province where the Corporation's registered office may be located from Alberta to Ontario was approved by a vote conducted by a show of hands.

4. **Amendment of Stock Option Plan**   A resolution amending the Stock Option Plan to increase the number of common shares that may be reserved for issue under the Stock Option Plan, from 4,875,000 to a rolling maximum of up to 10% of the total number of common shares outstanding immediately prior to the time of the grant of the applicable option was approved by a vote conducted by a show of hands.

5. **Singapore Transaction**   A special resolution authorizing the transfer of the Corporation's interest in the Nui Phao Mining Joint Venture Company Ltd. to a wholly-owned Singapore subsidiary, subject to (a) receipt of a binding tax ruling from the Vietnamese regulatory authorities; (b) delivery of constating documentation to the appropriate authorities in Singapore; (c) receipt of evidence of a duly constituted Singapore holding company; (d) receipt of evidence of the transfer of 100% of the Corporation's 77.5% interest in the Nui Phao Mining Joint Venture Company Ltd. to the Singapore holding company; (e) receipt of the share certificates evidencing the Corporation's 100% interest in the Singapore holding company; and (f) approval by the applicable Vietnamese authorities of the transfer of interest and the amendment of the Investment Licence was approved by a vote conducted by a show of hands.

Toronto, Ontario, May 12, 2006

**TIBERON MINERALS LTD.**

SONYA STARK

---
Sonya Stark
Vice President, Administration and
Corporate Secretary