

**BRITISH COLUMBIA**
The Best Place on Earth

**Ministry of Finance**
BC Registry Services

Mailing Address:
PO BOX 9431 Stn Prov Govt.
Victoria BC V8W 9V3
www.corporateonline.gov.bc.ca

Location:
2nd Floor - 940 Blanshard St.
Victoria BC
250 356-8626

# BC Company Summary
## For
## TIBERON MINERALS LTD.

| | |
|---|---|
| Date and Time of Search: | November 13, 2007 12:14 PM Pacific Time |
| Currency Date: | October 29, 2007 |

## ACTIVE

| | | | |
|---|---|---|---|
| Incorporation Number: | BC0801381 | | |
| Name of Company: | TIBERON MINERALS LTD. | | |
| Recognition Date and Time: | September 01, 2007 12:01 AM Pacific Time as a result of an Amalgamation | In Liquidation: | No |
| Last Annual Report Filed: | Not Available | Receiver: | No |

## AMALGAMATING CORPORATION(S) INFORMATION

| Name of Amalgamating Corporation | Incorporation Number in BC |
|---|---|
| TIBERON MINERALS LTD. | C0800727 |
| TML ACQUISITION LTD. | BC0778883 |

## REGISTERED OFFICE INFORMATION

**Mailing Address:**
1200 WATERFRONT CENTRE
200 BURRARD STREET
P.O. BOX 48600
VANCOUVER BC V7X 1T2
CANADA

**Delivery Address:**
1200 WATERFRONT CENTRE
200 BURRARD STREET
VANCOUVER BC V6C 3L6
CANADA

## RECORDS OFFICE INFORMATION

**Mailing Address:**
1200 WATERFRONT CENTRE
200 BURRARD STREET
P.O. BOX 48600
VANCOUVER BC V7X 1T2
CANADA

**Delivery Address:**
1200 WATERFRONT CENTRE
200 BURRARD STREET
VANCOUVER BC V6C 3L6
CANADA

## DIRECTOR INFORMATION

**Last Name, First Name, Middle Name:**
Komperdo, Loren

| | |
|---|---|
| **Mailing Address:** | **Delivery Address:** |
| 47 RANCH ESTATES DRIVE N.W. | 47 RANCH ESTATES DRIVE N.W. |
| CALGARY AB T3G 1J9 | CALGARY AB T3G 1J9 |
| CANADA | CANADA |

**Last Name, First Name, Middle Name:**
Shrimpton, John

| | |
|---|---|
| **Mailing Address:** | **Delivery Address:** |
| C/O 1901 ME LINH POINT, 2 NGO | C/O 1901 ME LINH POINT, 2 NGO |
| DUC KE STREET, DISTRICT 1 | DUC KE STREET, DISTRICT 1 |
| HO CHI MINH CITY | HO CHI MINH CITY |
| VIET NAM | VIET NAM |

**Last Name, First Name, Middle Name:**
Woodhouse, David

| | |
|---|---|
| **Mailing Address:** | **Delivery Address:** |
| C/O 1901 ME LINH POINT, 2 NGO | C/O 1901 ME LINH POINT, 2 NGO |
| DUC KE STREET, DISTRICT 1 | DUC KE STREET, DISTRICT 1 |
| HO CHI MINH CITY | HO CHI MINH CITY |
| VIET NAM | VIET NAM |

NO OFFICER INFORMATION FILED .