

| | |
|---|---|
| **Ministry of Finance** Corporate and Personal Property Registries www.corporateonline.gov.bc.ca | **Mailing Address:** PO BOX 9431 Stn Prov Govt. Victoria BC V8W 9V3 |

**Location:**
2nd Floor - 940 Blanshard St.
Victoria BC
250 356-8626

# BC Company Summary
## For
## TML ACQUISITION LTD.

| | |
|---|---|
| Date and Time of Search: | April 26, 2007 02:06 PM Pacific Time |
| Currency Date: | March 02, 2007 |

### ACTIVE

| | | | |
|---|---|---|---|
| Incorporation Number: | BC0778883 | | |
| Name of Company: | TML ACQUISITION LTD. | | |
| Recognition Date and Time: | Incorporated on January 03, 2007 11:51 AM Pacific Time | In Liquidation: | No |
| Last Annual Report Filed: | Not Available | Receiver: | No |

### REGISTERED OFFICE INFORMATION

**Mailing Address:**
1200 WATERFRONT CENTRE
200 BURRARD STREET
P.O. BOX 48600
VANCOUVER BC V7X 1T2
CANADA

**Delivery Address:**
1200 WATERFRONT CENTRE
200 BURRARD STREET
VANCOUVER BC V6C 3L6
CANADA

### RECORDS OFFICE INFORMATION

**Mailing Address:**
1200 WATERFRONT CENTRE
200 BURRARD STREET
P.O. BOX 48600
VANCOUVER BC V7X 1T2
CANADA

**Delivery Address:**
1200 WATERFRONT CENTRE
200 BURRARD STREET
VANCOUVER BC V6C 3L6
CANADA

### DIRECTOR INFORMATION

**Last Name, First Name, Middle Name:**
Shrimpton, John

**Mailing Address:**
1901 ME LINH POINT
2NGO DUCKE, DISTRICT 1
HO CHI MINH CITY
VIET NAM

**Delivery Address:**
1901 ME LINH POINT
2NGO DUCKE, DISTRICT 1
HO CHI MINH CITY
VIET NAM

NO OFFICER INFORMATION FILED .

DUPLICATE



Number: BC0778883

# BRITISH COLUMBIA

# CERTIFICATE

# OF

# INCORPORATION

*BUSINESS CORPORATIONS ACT*

I Hereby Certify that TML ACQUISITION LTD. was incorporated under the Business Corporations Act on January 3, 2007 at 11:51 AM Pacific Time.



*Issued under my hand at Victoria, British Columbia*
*On January 3, 2007*

**RON TOWNSHEND**
*Registrar of Companies*
Province of British Columbia
Canada

Date and Time: April 26, 2007 02:09 PM Pacific Time



**Ministry of Finance**
Corporate and Personal
Property Registries
www.corporateonline.gov.bc.ca

**Mailing Address:**
PO BOX 9431 Stn Prov Govt.
Victoria BC V8W 9V3

**Location:**
2nd Floor - 940 Blanshard St.
Victoria BC
250 356-8626

# Notice of Articles

*BUSINESS CORPORATIONS ACT*

This Notice of Articles was issued by the Registrar on: January 3, 2007 11:51 AM Pacific Time

Incorporation Number: BC0778883

Recognition Date and Time: Incorporated on January 3, 2007 11:51 AM Pacific Time

## NOTICE OF ARTICLES

**Name of Company:**
TML ACQUISITION LTD.

### REGISTERED OFFICE INFORMATION

**Mailing Address:**
1200 WATERFRONT CENTRE
200 BURRARD STREET
P.O. BOX 48600
VANCOUVER  BC  V7X 1T2
CANADA

**Delivery Address:**
1200 WATERFRONT CENTRE
200 BURRARD STREET
VANCOUVER  BC  V6C 3L6
CANADA

### RECORDS OFFICE INFORMATION

**Mailing Address:**
1200 WATERFRONT CENTRE
200 BURRARD STREET
P.O. BOX 48600
VANCOUVER  BC  V7X 1T2
CANADA

**Delivery Address:**
1200 WATERFRONT CENTRE
200 BURRARD STREET
VANCOUVER  BC  V6C 3L6
CANADA

## DIRECTOR INFORMATION

**Last Name, First Name, Middle Name:**
Shrimpton, John

| | |
|---|---|
| **Mailing Address:**<br>1901 ME LINH POINT<br>2NGO DUCKE, DISTRICT 1<br>HO CHI MINH CITY<br>VIET NAM | **Delivery Address:**<br>1901 ME LINH POINT<br>2NGO DUCKE, DISTRICT 1<br>HO CHI MINH CITY<br>VIET NAM |

## AUTHORIZED SHARE STRUCTURE

1. No Maximum    Common Shares    Without Par Value

   With Special Rights or Restrictions attached

2. No Maximum    Founders Shares    Without Par Value

   With Special Rights or Restrictions attached

Date and Time: April 26, 2007 02:09 PM Pacific Time



**Ministry of Finance**
Corporate and Personal
Property Registries
www.corporateonline.gov.bc.ca

**Mailing Address:**
PO BOX 9431 Stn Prov Govt.
Victoria BC V8W 9V3

**Location:**
2nd Floor - 940 Blanshard St.
Victoria BC
250 356-8626

# Incorporation Application

FORM 1
BUSINESS CORPORATIONS ACT
Section 10

| | |
|---|---|
| **FILING DETAILS:** | Incorporation Application for: **TML ACQUISITION LTD.** |
| | Incorporation Number: **BC0778883** |
| Filed Date and Time: | January 3, 2007 11:51 AM Pacific Time |
| Recognition Date and Time: | Incorporated on January 3, 2007 11:51 AM Pacific Time |

## INCORPORATION APPLICATION

**Name Reservation Number:**
NR9387213

**Name Reserved:**
TML ACQUISITION LTD.

**INCORPORATION EFFECTIVE DATE:**
The incorporation is to take effect at the time that this application is filed with the Registrar.

**INCORPORATOR INFORMATION**

**Corporation or Firm Name:**
Tiberon Minerals Pte. Ltd.

**Mailing Address:**
C/O ALLEN & GLEDHILL
ONE MARINA BOULEVARD
#28-00
SINGAPORE  018989
SINGAPORE

## COMPLETING PARTY

**Last Name, First Name, Middle Name:**
Martin, Jessica

**Mailing Address:**
1200 WATERFRONT CENTRE
200 BURRARD STREET
P.O. BOX 48600
VANCOUVER  BC  V7X 1T2
CANADA

## Completing Party Statement

I, Jessica Martin, the completing party, have examined the articles and the incorporation agreement applicable to the company that is to be incorporated by the filing of the Incorporation Application and confirm that:

- a) the Articles and the Incorporation Agreement both contain a signature line for each person identified as an incorporator in the Incorporation Application with the name of that person set out legibly under the signature lines,
- b) an original signature has been placed on each of those signature lines, and
- c) I have no reason to believe that the signature placed on a signature line is not the signature of the person whose name is set out under that signature line.

## NOTICE OF ARTICLES

**Name of Company:**
TML ACQUISITION LTD.

## REGISTERED OFFICE INFORMATION

**Mailing Address:**
1200 WATERFRONT CENTRE
200 BURRARD STREET
P.O. BOX 48600
VANCOUVER  BC  V7X 1T2
CANADA

**Delivery Address:**
1200 WATERFRONT CENTRE
200 BURRARD STREET
VANCOUVER  BC  V6C 3L6
CANADA

## RECORDS OFFICE INFORMATION

**Mailing Address:**
1200 WATERFRONT CENTRE
200 BURRARD STREET
P.O. BOX 48600
VANCOUVER  BC  V7X 1T2
CANADA

**Delivery Address:**
1200 WATERFRONT CENTRE
200 BURRARD STREET
VANCOUVER  BC  V6C 3L6
CANADA

## DIRECTOR INFORMATION

**Last Name, First Name, Middle Name:**
Shrimpton, John

| | |
|---|---|
| **Mailing Address:**<br>1901 ME LINH POINT<br>2NGO DUCKE, DISTRICT 1<br>HO CHI MINH CITY<br>VIET NAM | **Delivery Address:**<br>1901 ME LINH POINT<br>2NGO DUCKE, DISTRICT 1<br>HO CHI MINH CITY<br>VIET NAM |

## AUTHORIZED SHARE STRUCTURE

1. No Maximum    Common Shares    Without Par Value

   With Special Rights or Restrictions attached

2. No Maximum    Founders Shares    Without Par Value

   With Special Rights or Restrictions attached