Federal Corporations Data Online


strategis.gc.ca

- Corporations Canada's Home
- What's New
- Guide to Federal Incorporation
- Online Filing
- Choosing A Name
- Search for a Federal Corporation
- Forms, Policies, Fees and Legislation
- General Information
- FAQ
- Other Related Sites

▶ Corporations Canada  ▶ Search for a Federal Corporation



## Corporations Canada



### Corporation #4116551 BN #

**Corporation Name(s):**  TIBERON MINERALS LTD.

*Old Name(s) and Change Date(s)*

**Registered Office Address:** [Latest address on file]
**Care of:**
**Street:** 100 YONGE ST. SUITE 1101
**City:** TORONTO
**Province:** Ontario
**Postal Code:** M5C2W1
**Country:** Canada

**Country:** Canada
**Reg. Off. Eff:** 2006/05/11

**Status**           **Date**
Active               2002/10/21

**ACT Name:** Canada Business Corporations Act       **Proxy:**
**Incorporation:**                                   **Prospectus:**
**Amalgamation:**                                    **Take Over:**
**Continuance:** 2002/10/21                          **Revival:**
**Anniversary:** 2002/10/21                          **Intent to Dissolve:**
**Import:** Alberta-2002/10/21                       **Revocation of Intent:**
**Export:** -                                        **Update:** 2007/01/18

Top   Directors   AR/AS   Financial   Amalg   Subs/Parent   Bottom

### Directors

*NOTICE TO CLIENTS:*

Please note that directors residential addresses are no longer available online. The request for this information can be made in writing directly to Corporations Canada by:

E-mail: corporationscanada@ic.gc.ca

Fax: (613) 941-0601 or 941-5789

Letter: Attn: Head, Information and Certification Unit
9th Floor, Jean Edmonds Tower South
365 Laurier Avenue West

Ottawa, Ontario K1A OC8

Please provide contact name, e-mail address, business address, telephone number and fax number.

**Current:** 7
**Min:** 3
**Max:** 12
**Director(s) name(s):**
DAVID GAROFALO
MARIO CARON
CLIFFORD DAVIS
IAN GOWRIE-SMITH
LARS-ERIC JOHANSSON
LOREN KOMPERDO
RICHARD LISTER

**Last Update Date:** 2006/05/16
**Last Amendment:** 2002/10/21

Top   Directors   AR/AS   Financial   Amalg   Subs/Parent   Bottom

## Annual Return/Annual Summary(AR/AS)

*NOTICE TO CLIENTS:*

Following the transition period resulting from the November 24, 2001 amendments to the Canada Business Corporations Act, the Act now refers to a minimum of 50 shareholders instead of 15

| | |
|---|---|
| **Distributing:** | YES |
| **Number of Shareholders:** | |
| **Annual Meeting (Last):** | 2006/05/10 |
| **Enforcement Code:** | |
| **Enforcement Date:** | |
| **Taxation Year End:** | 12/31 |
| **AR/AS Filed:** | |
| | Received - with Fee - 2006 |
| | Received - with Fee - 2005 |
| | Received - with Fee - 2004 |

Top   Directors   AR/AS   Financial   Amalg   Subs/Parent   Bottom

## Financial

Financial reports are only available for distributing corporations

Top   Directors   AR/AS   Financial   Amalg   Subs/Parent   Bottom

## Amalgamations

No amalgamation information for this corporation.

Top   Directors   AR/AS   Financial   Amalg   Subs/Parent   Bottom

## Parent/Subsidiary

No parent/subsidiary information for this corporation.

Top   Directors   AR/AS   Financial   Amalg   Subs/Parent   Bottom