

- ▶ **Corporations Canada's Home**
- ▶ **What's New**
- ▶ **Guide to Federal Incorporation**
- ▶ **Online Filing**
- ▶ **Choosing A Name**
- ▶ **Search for a Federal Corporation**
- ▶ **Forms, Policies, Fees and Legislation**
- ▶ **General Information**
- ▶ **FAQ**
- ▶ **Other Related Sites**

▶ Corporations Canada  ▶ Search for a Federal Corporation

## Corporations Canada   

## Corporation #4116551 BN #
***Corporation Name(s):***       TIBERON MINERALS LTD.

***Old Name(s) and Change Date(s)***

| | |
|---|---|
| ***Registered Office Address:*** | [Latest address on file] |
| ***Care of:*** | |
| ***Street:*** | 100 YONGE ST. SUITE 1101 |
| ***City:*** | TORONTO |
| ***Province:*** | Ontario |
| ***Postal Code:*** | M5C2W1 |
| ***Country:*** | Canada |
| | |
| ***Country:*** | Canada |
| ***Reg. Off. Eff:*** | 2006/05/11 |

| ***Status*** | ***Date*** |
|---|---|
| Discontinued | 2007/08/24 |
| Discontinuance Pending | 2007/08/20 |
| Active | 2002/10/21 |

***ACT Name:*** Canada Business Corporations Act
***Incorporation:***
***Amalgamation:***
***Continuance:***2002/10/21
***Anniversary:***2002/10/21
***Import:*** Alberta-2002/10/21
***Export:*** British Columbia-2007/08/24

***Proxy:***
***Prospectus:***
***Take Over:***
***Revival:***
***Intent to Dissolve:***
***Revocation of Intent:***
***Update:***2007/09/11

Top   Directors   AR/AS   Financial   Amalg   Subs/Parent   Bottom

## Directors

### NOTICE TO CLIENTS:

Please note that directors residential addresses are no longer available online. The request for this information can be made in writing directly to Corporations Canada by:

E-mail: corporationscanada@ic.gc.ca

Fax: (613) 941-0601 or 941-5789

Letter: Attn: Head, Information and Certification Unit
9th Floor, Jean Edmonds Tower South
365 Laurier Avenue West
Ottawa, Ontario K1A OC8

Please provide contact name, e-mail address, business address, telephone number and fax number.

*Current:* 4                          *Last Update Date:* 2007/04/23
*Min:* 3                              *Last Amendment:* 2002/10/21
*Max:* 12
*Director(s) name(s):*
MARIO CARON
JOHN SHRIMPTON
DAVID WOODHOUSE
LOREN KOMPERDO

Top   Directors   AR/AS   Financial   Amalg   Subs/Parent   Bottom

## Annual Return/Annual Summary(AR/AS)
*NOTICE TO CLIENTS:*

Following the transition period resulting from the November 24, 2001 amendments to the Canada Business Corporations Act, the Act now refers to a minimum of 50 shareholders instead of 15

*Distributing:*                  YES
*Number of Shareholders:*
*Annual Meeting (Last):*         2006/05/10
*Enforcement Code:*
*Enforcement Date:*
*Taxation Year End:*             12/31

*AR/AS Filed:*
                                 Received - with Fee - 2006
                                 Received - with Fee - 2005
                                 Received - with Fee - 2004

Top   Directors   AR/AS   Financial   Amalg   Subs/Parent   Bottom

## Financial
Financial reports are only available for distributing corporations

Top   Directors   AR/AS   Financial   Amalg   Subs/Parent   Bottom

## Amalgamations
No amalgamation information for this corporation.

Top   Directors   AR/AS   Financial   Amalg   Subs/Parent   Bottom

## Parent/Subsidiary
No parent/subsidiary information for this corporation.