

# VIETNAM RESOURCE INVESTMENTS
## Monthly Update
### September 2007

### VRI closes an investment in Tiberon

We are pleased to report that VRI's first investment into Tiberon Minerals was closed as of the end of September. VRI exercised part of its option to purchase an interest of 36.0% in the indirect holding company of Tiberon from Dragon Capital's equity funds for a cash payment of US$100m. This valued that holding company, VRICL, at US$277.55m, reflecting the tender offer price for Tiberon, subsequent FX movements, the transaction costs for the acquisition (US$1.4m), plus a 5% premium.

### Tiberon Update

One of the tasks which is simple to express but complex in its execution has been that of extracting ownership of Tiberon's 70% interest in the underlying Nui Phao JV from that of a Canadian registered company and relocating it to a Singapore-registered Tiberon vehicle. The first part of this restructuring concluded in September, bringing the longer term goal closer of optimizing the company's tax efficiency.

A range of further value-adding initiatives in relation to Tiberon are also advancing satisfactorily with both technical and financial reappraisals of past assumptions underway, including potential re-optimisation of the project mining plan. This is particularly pertinent given the strength of the company's commodities since the last resource appraisal which was made in 2003. At the project level, steady progress continues with Ausenco nearing completion of the project's detailed engineering and procurement. The relocation of families from the project area is ongoing, and receiving the continued support of both provincial and central authorities.

### Mineral sector developments

Vietnam's mineral sector has received further international support in the past month with the signing of a key agreement with Citigroup during a visit by Prime Minister Nguyen Tan Dung to New York at the end of September.

In this, the country's main state-owned mining company, Vietnam Coal and Mineral Group (Vinacomin), concluded arrangements which should enable it to advance with the development of one of the two bauxite mining projects in the Central Highlands province of Lam Dong. This included funding for an aluminium processing plant and an associated power station.

As part of the agreement, Citigroup will also act as advisor to Vinacomin for its debut local bond issuance. The proposed financing will enable Vinacomin to diversify its finance sources for the project which is eventually expected to become a US$2 billion bauxite mining and alumina project with planned production capacity of some 4m tpa.

### Key Commodity Price Changes

|  | Av. price as at 30th Sept 2007 (US$) | Change (%) | | | |
|---|---|---|---|---|---|
|  |  | Monthly | YTD | 3 yr | 5 yr |
| Tungsten (APT) | $244.5/ MTU | 2.5% | - | 171.7% | 379.4% |
| Bismuth | $14.75/lb | -13.9% | 85.5% | 327.5% | 408.6% |
| Fluorspar (acidspar) | $228/tonne | - | 22% | 66% | 98% |
| Nickel | $31,025.5/ tonne | 4.7% | -4.2% | 109.9% | 397.0% |
| Copper | $8,160/ tonne | 7.5% | 30.1% | 168.9% | 454.1% |
| Silver | 1365 cents/ troy oz | 14.2% | 4.9% | 109.0% | 201.3% |
| Gold | $743/troy oz | 10.5% | 16.1% | 79.9% | 129.5% |

Average silver prices (cents/ troy oz), Sept 2002-07



Average gold prices, ($/troy oz), Sept 2002-07



|  | NAV/share as at 28 Sep 2007 | Change (%) | | Price as at 28 Sep/ 2007 | Change (%) | | Issued Shares | Net assets as at 28 Sep/ 2007 | Bloomberg | Reuters |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  | Monthly | YTD |  | Monthly | YTD |  |  |  |  |
| VRI | US$10.325 | 3.07 | 3.25 | $10.00/10.40 | 1.00 | 1.00 | 19,000,000 | $196.175m | VIETRES | VIET |

**FURTHER INFORMATION**
We would be delighted to receive any questions or input from you and can best be contacted on resources@dragoncapital.com.

**SHARE DEALING:** Dragon Capital Markets Limited
Tel: +84 8 823 9365 alexpasikowski@dragoncapital.com
**INVESTMENT MANAGER:** Dragon Capital Management Limited
Tel: +84 4 936 0203 davidwoodhouse@dragoncapital.com

This document is issued by Dragon Capital Markets (Europe) Limited on behalf of Dragon Capital Management Limited. This document is a review of the investment case for Vietnam and resources, and is neither a prospectus nor an offer or invitation to apply for shares and neither this document nor anything contained herein shall form the basis of any contract of commitment whatsoever. The information contained in this report is for background purposes only and is subject to updating, revision and amendment, and no representation or warranty, express or implied, is made, and no liability whatsoever is accepted by Dragon Capital Markets (Europe) Limited, or any other person, in relation thereto.

View the updates for all Dragon Capital funds on the web at http://www.dragoncapital.com



# VIETNAM RESOURCE INVESTMENTS
## Factsheet

### Investment Objective and Strategy
To seek long-term capital appreciation by investing in securities of companies, listed or unlisted, which have significant operations in the natural resources sector in Vietnam, as determined by the Investment Manager.

### Investment Manager
VRI is managed by Dragon Capital Management which is the most experienced and best-performing asset manager focused on Vietnam. The firm was established in Vietnam in 1994 and now manages some US$2 billion on behalf of prominent global institutions. Dragon Capital is 10% owned by the IFC and 5% by Proparco, the French developmental agency. It has some 70 employees.

### Directors
The VRI board comprises John Shrimpton and David Woodhouse from the Investment Manager; Sean Flynn of the Cayman Islands and John Catchpole, formerly CEO of one of the world's largest tungsten companies, as independent directors; and two investor representatives nominated by its largest shareholders.

### Advisory Board
Dr Marc Faber acts as advisor to the Investment Manager

### Valuation
Unlisted assets independently valued on a quarterly basis by specialist industry consultants; listed assets at market prices

### Distributions
Dividends foregone in favour of re-investment, but investment sales proceeds may be distributed at discretion of VRI Board.

### Dealing
VRI shares trade OTC on a matched market basis, principally through Dragon Capital Markets, clearing through both Euroclear and Clearstream and settled through HSBC Securities Asia (Euroclear no. 10280). Other price providers also participate.

### Exit Strategy
Exit will be via cashflow returns, industry sales, or IPOs from holdings. The duration of the company is unlimited, though wind-up votes will be held biennially from 2021.

**For further information, please contact:**
David Woodhouse: (davidwoodhouse@dragoncapital.com; + 84 912 573 166, or +84 4 936 0203)

John Shrimpton: (johnshrimpton@dragoncapital.com; +84 903 821121)

Rachel Hill: (rachelhill@dragoncapital.com; +44 797 121 4852).

### Fund Information

|  | R Shares |
|---|---|
| Market Cap. | US$190m |
| NAV/ share | US$10.325 |
| Prices | US$10.00/10.40 |
| Issued Shares | 19,000,000 |
| Launched | May 07 |
| Dividend/share | n/a |
| ISIN code | KYG9362V1077 |
| CUSIP no. | G9362V 107 |

|  | Bloomberg | Reuters |
|---|---|---|
| Dragon Capital | VIETRES | VIET |
| JP Morgan | RFSN (page 6) | RSJA 62 |
| CLSA | CLCF <go> Vietnam | CLSA 64 |
| LCF Rothschild | LCFR | LCFR03 |

### Structure
| | |
|---|---|
| Listed | Luxembourg Stock Exchange |
| Format | Cayman registered closed-end fund |
| NAV | Calculated monthly at month end |
| Year End | 30th June |

### Fees
Management Fee:
2% p.a. of NAV, paid monthly

Performance Fee:
20% of gains over 8% hurdle rate with a high water mark applying.

Establishment Costs:
Limited to $0.2m per share class

### Legal Advisors
Freshfields Bruckhaus Deringer – Vietnam

Borden, Ladner, Gervais— Canada

Charles Adams, Ritchie & Duckworth- Cayman Islands

### Auditors
KPMG – Hong Kong

### Custodian
HSBC Institutional Trust Services (Asia) Limited-Hong Kong

### Listing Agent
HSBC Securities Services (Lux) S.A.

This document is issued by Dragon Capital Markets (Europe) Limited on behalf of Dragon Capital Management Limited. This document is a review of the investment case for Vietnam and is neither a prospectus nor an offer or invitation to apply for shares and neither this document nor anything contained herein shall form the basis of any contract of commitment whatsoever. The information contained in this presentation is for background purposes only and is subject to updating, revision and amendment, and no representation or warranty, express or implied, is made, and no liability whatsoever is accepted by Dragon Capital Markets (Europe) Limited, or any other person, in relation thereto.

View our factsheet updates on the web at http://www.dragoncapital.com/

1901 Me Linh Point, 2 Ngo Duc Ke, District 1, Ho Chi Minh City, Vietnam. Tel: +84 8 823 9355   Fax: +84 8 823 9366
Investment Manager: Dragon Capital Management Limited - Tel: +84 8 823 9362 - dominicscriven@dragoncapital.com
Share Dealing: Dragon Capital Markets Limited - Tel: +84 8 823 9365 - alexpasikowski@dragoncapital.com