James M. Hanavan, State Bar No. 66097
Kristen E. Drake, State Bar No. 202827
CRAIGIE, McCARTHY & CLOW
540 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 732-7788
Facsimile: (415) 732-7783

Attorneys for Plaintiff Trevor Moss

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TREVOR MOSS,<br><br>Plaintiff,<br><br>v.<br><br>TIBERON MINERALS LTD.,<br><br>Defendant. | Case No.: C 07-2732- SC<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MOTION TO ALTER JUDGMENT PURSUANT TO FRCP 59(e) AND MOTION FOR RELIEF FROM JUDGMENT DISMISSING FOR *FORUM NON-CONVENIENS* PURSUANT TO FRCP 60(b)**<br><br>Hearing Date:  January 25, 2008<br>Time:          10:00 a.m.<br>Location:      Courtroom 1, 17th Floor<br>Judge:         Hon. Samuel Conti |

///
///
///
///
///
///

Plaintiff's Request for Judicial Notice in Support of Motion to Alter Judgment and Motion for Relief from Judgment Dismissing for *Forum Non-Conveniens*

Pursuant to Federal Rule of Evidence 201(b), plaintiff Trevor Moss respectfully requests that this Court take judicial notice of the following:

1. Exhibit "A" hereto: Order Granting Defendant's Motion to Dismiss for Forum Non Conveniens

2. Exhibit "B" hereto: Judgment of Dismissal

3. Exhibit "C" hereto: Plaintiff's Complaint

4. Exhibits "D" through "M" attached to the accompanying declaration of James M. Hanavan. These Tiberon Canadian government filings were obtained from the Canadian website, www.sedar.com. SEDAR (the System for Electronic Document Analysis and Retrieval) is the system used for electronically filing most securities related information with the Canadian securities regulatory authorities. Filing with SEDAR is now mandatory for most reporting issuers in Canada. SEDAR is the official site that provides access to public securities documents and information filed by public companies and investment funds with the Canadian Securities Administrators (CSA) in the SEDAR filing system.

5. Exhibit "N" attached to the accompanying declaration of James M. Hanavan. This September 2007 "Monthly Update" for Dragon Capital's Vietnam Resource Investments is a document available on Dragon's website at www.dragoncapital.com.

Dated: December 19, 2007          CRAIGIE, McCARTHY & CLOW


_____*/s/ James M. Hanavan*_____
By: James M. Hanavan
Attorneys for Plaintiff Trevor Moss

1

Plaintiff's Request for Judicial Notice in Support of Motion to Alter Judgment and Motion for Relief from Judgment Dismissing for *Forum Non-Conveniens*