James M. Hanavan, State Bar No. 66097
Kristen E. Drake, State Bar No. 202827
CRAIGIE, McCARTHY & CLOW
540 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 732-7788
Facsimile: (415) 732-7783


Attorneys for Plaintiff Trevor Moss

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TREVOR MOSS, | Case No.: C 07-2732- SC |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| TIBERON MINERALS LTD., | Hearing Date:  January 25, 2008 |
| Defendant. | Time:  10:00 a.m. |
| | Location:  Courtroom 1, 17th Floor |
| | Judge:  Hon. Samuel Conti |

///
///
///
///
///
///
///
///
///
///
///

CRAIGIE, McCARTHY & CLOW
Telephone: 415/732-7788 · Facsimile: 415/732-7783

**PROOF OF SERVICE**

I, Kristen E. Drake, certify and declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is Craigie, McCarthy & Clow, 540 Pacific Avenue, San Francisco, California 94133.

_X___  **BY HAND DELIVERY**: On December 19, 2007, I caused a copy of the document(s) described on the attached document list, together with a copy of this declaration, to be hand delivered, with delivery fees paid or provided for, to those persons listed on the attached service list.

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this was executed on December 19, 2007.

___*/s/ Kristen E. Drake*_____
Kristen E. Drake

**DOCUMENT LIST**

NOTICE OF PLAINTIFF'S MOTION TO ALTER JUDGMENT PURSUANT TO FRCP 59(e) AND MOTION FOR RELIEF FROM JUDGMENT DISMISSING FOR *FORUM NON- CONVENIENS* PURSUANT TO FRCP 60(b);

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO ALTER JUDGMENT PURSUANT TO FRCP 59(e) AND MOTION FOR RELIEF FROM JUDGMENT DISMISSING FOR *FORUM NON- CONVENIENS* PURSUANT TO FRCP 60(b);

DECLARATION OF PLAINTIFF TREVOR A. MOSS IN SUPPORT OF MOTION TO ALTER JUDGMENT PURSUANT TO FRCP 59(e) AND MOTION FOR RELIEF FROM JUDGMENT DISMISSING FOR *FORUM NON- CONVENIENS* PURSUANT TO FRCP 60(b);

DECLARATION OF JAMES M. HANAVAN IN SUPPORT OF MOTION TO ALTER JUDGMENT PURSUANT TO FRCP 59(e) AND MOTION FOR RELIEF FROM JUDGMENT DISMISSING FOR *FORUM NON- CONVENIENS* PURSUANT TO FRCP 60(b);

DECLARATION OF WILLIAM G. HORTON IN SUPPORT OF PLAINTIFF'S MOTION TO ALTER JUDGMENT PURSUANT TO FRCP 59(e)AND MOTION FOR RELIEF FROM JUDGMENT DISMISSING FOR *FORUM NON- CONVENIENS* PURSUANT TO FRCP 60(b); And,

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MOTION TO ALTER JUDGMENT PURSUANT TO FRCP 59(e) AND MOTION FOR RELIEF FROM JUDGMENT DISMISSING FOR *FORUM NON- CONVENIENS* PURSUANT TO FRCP 60(b)

CRAIGIE, McCARTHY & CLOW
Telephone: 415/732-7788 · Facsimile: 415/732-7783

1

## SERVICE LIST

2

3   David J. Brown
    Benjamin J. Riley
4   MBV LAW LLP
    855 Front Street
5   San Francisco, CA 94111
    Facsimile: (415) 989-5143
6   Attorneys for Defendant Tiberon Minerals Ltd.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CRAIGIE, McCARTHY & CLOW
Telephone: 415/732-7788 · Facsimile: 415/732-7783

Proof of Service