DAVID J. BROWN (State Bar No. 56628)
MBV LAW LLP
855 Front Street
San Francisco, California 94111
Telephone: 415-781-4400
Facsimile: 415-989-5143

Attorneys for Defendant
TIBERON MINERALS LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TREVOR MOSS,<br><br>    Plaintiff,<br><br>v.<br><br>TIBERON MINERALS LTD.,<br><br>    Defendant. | CASE NO. C 07 2732 SC<br><br>**STIPULATION AND (PROPOSED) ORDER REGARDING HEARING DATE AND FURTHER BRIEFING ON PLAINTIFF'S RULE 59 AND 60 MOTIONS**<br><br>**Date:** January 25, 2008<br>**Time:** 10:00 a.m.<br>**Dept.:** Courtroom 1, 17th Floor<br>**Judge:** Hon. Samuel Conti |

In accordance with Local Rule 6-1, the parties stipulate that the hearing date on plaintiff's pending motions under Federal Rules of Civil Procedure, Rules 59 and 60 shall be continued one week to February 1, 2008 and that the time to file opposition and to reply to said opposition shall also be extended one week. No other time extensions have been sought on these motions and the extension is to accommodate defendant's counsel's schedule as noted in the attached Exhibit A, Declaration of David J. Brown.

DATED: January 3, 2008        MBV LAW LLP

                                        By      /s/
                                            DAVID J. BROWN
                                            Attorneys for Defendant
                                            TIBERON MINERALS LTD.

///

1

**STIPULATION AND (PROPOSED) ORDER REGARDING HEARING DATE AND FURTHER BRIEFING ON PLAINTIFF'S RULE 59 AND 60 MOTIONS – CASE NO. C 07 2732 SC**

61001.01\\384622.DOC

1 | DATED:  January 3, 2008          CRAIGIE, MCCARTHY & CLOW

By _____/s/_____
JAMES M. HANAVAN
Attorneys for Plaintiff
TREVOR MOSS

## ORDER

IT IS ORDERED that the hearing date on plaintiff's Motion to Alter Judgment Pursuant to FRCP59(e) and Motion for Relief from Judgment Dismissing for *Forum non-Conveniens* Pursuant to FRCP 60(b) is continued to February 1, 2008 at 10:00 a.m., and that the time to respond to the motions and to reply to the response is extended one week.

DATED:

_____
UNITED STATES DISTRICT JUDGE

---

**STIPULATION AND (PROPOSED) ORDER REGARDING HEARING DATE AND FURTHER BRIEFING ON PLAINTIFF'S RULE 59 AND 60 MOTIONS – CASE NO. C 07 2732 SC**

61001.01\\384622.DOC

2

**EXHIBIT A**

DECLARATION OF DAVID J. BROWN IN SUPPORT OF STIPULATION CONTINUING HEARING DATE ON PLAINTIFF'S MOTION TO ALTER JUDGMENT PURSUANT TO FRCP59(e) AND MOTION FOR RELIEF FROM JUDGMENT DISMISSING FOR *FORUM NON-CONVENIENS* PURSUANT TO FRCP 60(b):

I, DAVID J. BROWN, declare:

1. I am the lead attorney in this matter for the defendant. I am familiar with the matter and I have direct and specific personal knowledge of the facts set forth herein and I would testify competently to them if called upon to do so.

2. I need an additional week to prepare defendant's response to plaintiff's Rule 59 and 60 motions. I had and took a scheduled Christmas vacation with my family from Christmas day until New Year's Eve. While I initially thought I could prepare the defendant's response to the motions without additional time, I find that I need another week.

3. With respect to these motions, no prior time extension has been sought. Before the Court granted defendant's motion to dismiss, relatively short extensions of time to respond to the complaint had been obtained.

4. I see no hardship being imposed on the Court or either party by this one week continuance. The case is dismissed and these post-judgment motions brought by the plaintiff will not disrupt any case schedule other than the briefing and hearing date on the motions being sought by this Stipulation.

I declare and state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 3, 2008 at San Francisco, California.

                                                        /s/
                                     DAVID J. BROWN

3

**STIPULATION AND (PROPOSED) ORDER REGARDING HEARING DATE AND FURTHER BRIEFING ON PLAINTIFF'S RULE 59 AND 60 MOTIONS – CASE NO. C 07 2732 SC**

61001.01\\384622.DOC