1  DAVID J. BROWN (State Bar No. 56628)
   MBV LAW LLP
2  855 Front Street
   San Francisco, California 94111
3  Telephone: 415-781-4400
   Facsimile: 415-989-5143
4
   Attorneys for Defendant
5  TIBERON MINERALS LTD.

6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11 TREVOR MOSS,                          CASE NO. C 07 2732 SC

12          Plaintiff,                   **STIPULATION AND (PROPOSED)
                                         ORDER REGARDING HEARING
13     v.                                DATE AND FURTHER BRIEFING
                                         ON PLAINTIFF'S RULE 59 AND 60
14 TIBERON MINERALS LTD.,                MOTIONS**

15          Defendant.

16                                       **Date:**  January 25, 2008
                                         **Time:**  10:00 a.m.
17                                       **Dept.:** Courtroom 1, 17th Floor
                                         **Judge:** Hon. Samuel Conti
18

19     In accordance with Local Rule 6-1, the parties stipulate that the hearing date on plaintiff's

20 pending motions under Federal Rules of Civil Procedure, Rules 59 and 60 shall be continued one

21 week to February 1, 2008 and that the time to file opposition and to reply to said opposition shall

22 also be extended one week.  No other time extensions have been sought on these motions and the

23 extension is to accommodate defendant's counsel's schedule as noted in the attached Exhibit A,

24 Declaration of David J. Brown.

25 DATED: January 3, 2008                 MBV LAW LLP

26                                        By_____/s/_____
                                              DAVID J. BROWN
27                                            Attorneys for Defendant
                                              TIBERON MINERALS LTD.
28 ///

1

**STIPULATION AND (PROPOSED) ORDER REGARDING HEARING DATE AND FURTHER
BRIEFING ON PLAINTIFF'S RULE 59 AND 60 MOTIONS – CASE NO. C 07 2732 SC**

61001.01\\384622.DOC

1 | DATED: January 3, 2008            CRAIGIE, MCCARTHY & CLOW

2 | By_____/s/_____
3 |    JAMES M. HANAVAN
    Attorneys for Plaintiff
4 |    TREVOR MOSS

5 |

6 | **ORDER**

7 | IT IS ORDERED that the hearing date on plaintiff's Motion to Alter Judgment Pursuant

8 | to FRCP59(e) and Motion for Relief from Judgment Dismissing for *Forum non-Conveniens*

9 | Pursuant to FRCP 60(b) is continued to February 8, 2008 at 10:00 a.m., and that the time to

10 | respond to the motions and to reply to the response is extended one week.

11 | DATED:   1/7/08

IT IS SO ORDERED

UNITED STATES DISTRICT JUDGE
Judge Samuel Conti

**STIPULATION AND (PROPOSED) ORDER REGARDING HEARING DATE AND FURTHER BRIEFING ON PLAINTIFF'S RULE 59 AND 60 MOTIONS – Case No. C 07 2732 SC**

61001.01\\384622.DOC

**EXHIBIT A**

DECLARATION OF DAVID J. BROWN IN SUPPORT OF STIPULATION CONTINUING HEARING DATE ON PLAINTIFF'S MOTION TO ALTER JUDGMENT PURSUANT TO FRCP59(e) AND MOTION FOR RELIEF FROM JUDGMENT DISMISSING FOR *FORUM NON-CONVENIENS* PURSUANT TO FRCP 60(b):

I, DAVID J. BROWN, declare:

1. I am the lead attorney in this matter for the defendant. I am familiar with the matter and I have direct and specific personal knowledge of the facts set forth herein and I would testify competently to them if called upon to do so.

2. I need an additional week to prepare defendant's response to plaintiff's Rule 59 and 60 motions. I had and took a scheduled Christmas vacation with my family from Christmas day until New Year's Eve. While I initially thought I could prepare the defendant's response to the motions without additional time, I find that I need another week.

3. With respect to these motions, no prior time extension has been sought. Before the Court granted defendant's motion to dismiss, relatively short extensions of time to respond to the complaint had been obtained.

4. I see no hardship being imposed on the Court or either party by this one week continuance. The case is dismissed and these post-judgment motions brought by the plaintiff will not disrupt any case schedule other than the briefing and hearing date on the motions being sought by this Stipulation.

I declare and state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 3, 2008 at San Francisco, California.

                         /s/
                     DAVID J. BROWN

3

**STIPULATION AND (PROPOSED) ORDER REGARDING HEARING DATE AND FURTHER BRIEFING ON PLAINTIFF'S RULE 59 AND 60 MOTIONS – CASE NO. C 07 2732 SC**

61001.01\\384622.DOC