1  DAVID J. BROWN (State Bar No. 56628)
   MBV LAW LLP
2  855 Front Street
   San Francisco, California 94111
3  Telephone: 415-781-4400
   Facsimile: 415-989-5143
4
   Attorneys for Defendant
5  TIBERON MINERALS LTD.

6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10          SAN FRANCISCO DIVISION

11 TREVOR MOSS,                            CASE NO. C 07 2732 SC

12         Plaintiff,                      **OBJECTIONS TO THE
                                           DECLARATION OF WILLIAM G.
13    v.                                   HORTON IN SUPPORT OF
                                           PLAINTIFF'S MOTIONS UNDER
14 TIBERON MINERALS LTD.,                  RULE 59 AND 60**

15         Defendant.
                                           Date:    February 8, 2008
16                                         Time:    10:00 a.m.
                                           Dept.:   Courtroom 1, 17th Floor
17                                         Judge:   Hon. Samuel Conti

18

19

20         Defendant Tiberon Minerals Ltd. objects to William G. Horton's Declaration in its

21 entirety because it is not relevant to the issues at hand. His disgorgement of his view of Canadian

22 law adds nothing to the choice of law issue here. If anything, it supports the notion that it is

23 better to leave determination of Canadian law to courts in Canada, rather than have a battle of

24 opinion testimony in Court as to what Canadian law may be. Its existence supports Tiberon's

25 judicial economy argument. Tiberon reserves its rights later to object to statements and

26 ///

27 ///

28 ///

**OBJECTIONS TO THE DECLARATION OF WILLIAM G. HORTON IN SUPPORT OF
PLAINTIFF'S MOTION UNDER RULE 59 AND 60 – CASE NO. C 07 2732 SC**

61001.01\\385172.DOC

1  documents in and attached to the Horton Declaration if those materials are presented in other
2  aspects of this case.

3  DATED: January 11, 2008                MBV LAW LLP

5  By_____
   DAVID J. BROWN
   Attorneys for Defendant
6  TIBERON MINERALS LTD.

**OBJECTIONS TO THE DECLARATION OF WILLIAM G. HORTON IN SUPPORT OF PLAINTIFF'S MOTION UNDER RULE 59 AND 60 – CASE NO. C 07 2732 SC**

61001.01\\385172.DOC