## Trevor A. Moss
3645 Crown Hill Dr. Santa Rosa, CA 95404-7659

Tuesday, 19 December 2006

**Nui Phao Mining Joint Venture Company Limited**
**c/o Tiberon Minerals Ltd.**
100 Yonge Street, Suite 1101
Scotia Plaza
Toronto, ONT
Canada
M5C 2W1

Attention:     Marion Caron – President and CEO

Subject:       Consulting Services Agreement
               2006 Bonus Due

Dear Mario:

I write in reference to my Consulting Services Agreement (the "Agreement") dated 1st August 2005 and the Termination Notice for said Agreement (the "Termination") dated 25th August 2006. Article 2 (b) of the Agreement provides for payment of an annual bonus.

Pursuant to Article 2(b) my predetermined annual objectives (the "Objectives") were established on 2nd February 2006 as reflected in the attachment. Termination was effective 31st August 2006.

I worked diligently throughout my tenure with Nui Phao Mining Joint Venture Company Limited and faced many unanticipated challenges. Through my efforts I satisfied each and every one of the Objectives defined. I am, therefore, due the full amount of the in the amount of US$125,000, calculated in the manner described in Articles 2(b) and 5 (b) (i) of the Agreement.

I would appreciate prompt payment of the bonus to complete my Agreement.

Yours sincerely,

Trevor A. Moss

cc:         Bill Horwich

phone:   +1 925 577 1078
fax:     +1 707 581 7314
e-mail:  trevor.moss@teamoss.us



# TIBERON
### MINERALS LTD.

**MEMORANDUM**

Thursday, 02 February 2006

To: Mario Caron           From: Trevor A. Moss

cc:

Subject: Annual Objectives - 2006

| Description | Plan | Rank | Grade | Outcome |
|---|---|---|---|---|
| Complete the upgrade of the ESIA and issue for Project financing and implementation | 1 April 2006 | 1 | | |
| Finalise and issue the project Control Estimate and Project Completion Schedule. | 30 June 2006 | 1 | | |
| Maintain expenditures within the approved budget to the extent that this supports unhindered development of the Project | 31 December 2006 | 1 | | |
| Further the development of Nuiphaovica toward operation status – improve internal management and controls - relocate main office functions to Dai Tu (to the extent that development progress supports this objective) | 31 December 2006 | 2 | | |
| Award the EPCM Contract. | 1 February 2006 | 2 | | |
| Maximise development of the Project in accordance with agreed schedules | | 2 | | |
| Assist in the timely completion of loan documentation and agreements | | 2 | | |
| Further the appropriate development of operational supply agreements – power, rail, port | 31 December 2006 | 3 | | |
| Assist in further development of Tiberon Minerals | | 3 | | |