

**TIBERON**
MINERALS LTD.

Tiberon Minerals Ltd.
100 Yonge Street, Suite 1101
Scotia Plaza
Toronto, Ontario M5C 2W1
Tel    416-214-1877
Toll   866-616-2404
Fax    416-214-0091
Email  info@tiberon.com

February 19, 2007

Mr. Trevor Moss
3645 Crown Hill Drive
Santa Rosa, California 95404
USA

Dear Trevor

As you are aware, a meeting of the Compensation Committee was held in Toronto this past week at which your bonus was discussed. The Committee had the benefit of reviewing all relevant documentation and correspondence on the matter of a bonus, including all of the matters raised by you in your submissions in that regard. After due consideration, the Committee determined that you are not eligible for a bonus under the terms of your arrangement with the Company. Subsequently, that decision was received by the Board of Directors and they determined to take no action to approve a bonus. The granting of a bonus is at the discretion of the Board of Directors of the Company and in the circumstances their determination is final.

Yours truly,

TIBERON MINERALS LTD.

by

Mario Caron
President and CEO

3954305_1.DOC