1 | James M. Hanavan, State Bar No. 66097
  | Kristen E. Drake, State Bar No. 202827
2 | CRAIGIE, McCARTHY & CLOW
  | 540 Pacific Avenue
3 | San Francisco, CA 94133
  | Telephone: (415) 732-7788
4 | Facsimile: (415) 732-7783

6 | Attorneys for Plaintiff and Appellant
  | Trevor Moss

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TREVOR MOSS, | Case No.: C 07-2732- SC |
| Plaintiff/Appellant, | **NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT** |
| v. | Attachments: |
| TIBERON MINERALS LTD., | Representation Statement and Civil Appeals Docketing Statement |
| Defendant/Appellee. | |

TO EACH PARTY AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Trevor Moss, the plaintiff in the above named case, hereby appeals to the United States Court of Appeal for the Ninth Circuit from: a) the Judgment of Dismissal, entered in this action on December 5, 2007, as well as the underlying Order Granting Defendant's Motion to Dismiss for Forum Non Conveniens, entered in this action on November 1, 2007, and b) the Order Denying Plaintiff's Motion to Alter Judgment Pursuant to FRCP 59(e) and Motion for Relief from Judgment Dismissing for Forum Non Conveniens Pursuant to FRCP 60(b), entered in this action on March 11, 2008.

///

///

///

1

Notice of Appeal

| | |
|---|---|
| Dated: April 10, 2008 | CRAIGIE, McCARTHY & CLOW |
| | *signature* |
| | By: James M. Hanavan |
| | Attorneys for Plaintiff Trevor Moss |

## PROOF OF SERVICE

I, Kristen Drake, certify and declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is Craigie, McCarthy & Clow, 540 Pacific Avenue, San Francisco, California 94133.

**X** **BY MAIL**: I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On April 10, 2008, at my place of business at Craigie, McCarthy & Clow, 540 Pacific Avenue, San Francisco, California 94133, I placed the document(s) described on the attached document list for deposit in the United States Postal Service in a sealed envelope, with postage fully prepaid, addressed to those persons listed in the attached service list.

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on April 10, 2008.

*signature*
Kristen Drake

## DOCUMENT LIST

NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT;

REPRESENTATION STATEMENT; and,

CIVIL APPEALS DOCKETING STATEMENT.

2

Notice of Appeal

**SERVICE LIST**

David J. Brown
MBV LAW LLP
855 Front Street
San Francisco, CA 94111
Facsimile: (415) 989-5143
Attorneys for Defendant Tiberon Minerals Ltd.

3
Notice of Appeal

James M. Hanavan, State Bar No. 66097
Kristen E. Drake, State Bar No. 202827
CRAIGIE, McCARTHY & CLOW
540 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 732-7788
Facsimile: (415) 732-7783

Attorneys for Plaintiff and Appellant
Trevor Moss

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TREVOR MOSS,<br><br>Plaintiff/Appellant,<br><br>v.<br><br>TIBERON MINERALS LTD.,<br><br>Defendant/Appellee. | No. _____<br><br>District Court No. C 07-2732- SC<br>(N.D. Cal. San Francisco)<br><br>**REPRESENTATION STATEMENT** |

Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b), Plaintiff and Appellant Trevor Moss submits the following Representation Statement:

James M. Hanavan and Kristen E. Drake of Craigie, McCarthy & Clow represent Trevor Moss, Plaintiff and Appellant in this matter, and no other party. Below is a service list that shows all of the parties to the action, and identifies their counsel by name, firm, address, telephone and facsimile numbers, and e-mail address:

| **Party** | **Counsel** |
|---|---|
| Trevor Moss, Plaintiff/Appellant | James M. Hanavan, State Bar No. 66097<br>Kristen E. Drake, State Bar No. 202827<br>CRAIGIE, McCARTHY & CLOW<br>540 Pacific Avenue<br>San Francisco, CA 94133<br>Telephone: (415) 732-7788<br>Facsimile: (415) 732-7783<br>E-mail: craigielaw@aol.com |

1

Representation Statement

| | |
|---|---|
| Tiberon Minerals Ltd., Defendant/Appellee | David J. Brown, State Bar No. 56628<br>Benjamin J. Riley, State Bar No. 226904<br>MBV LAW LLP<br>855 Front Street<br>San Francisco, CA 94111<br>Telephone: (415) 781-4400<br>Facsimile: (415) 989-5143<br>E-mail: davidb@mbvlaw.com |

Dated: April 10, 2008

CRAIGIE, McCARTHY & CLOW

By: James M. Hanavan
Attorneys for Plaintiff and Appellant
Trevor Moss