UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

April 11, 2008

**CASE INFORMATION:**
Short Case Title:  <u>TREVOR MOSS</u>-v- <u>TIBERON MINERALS</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>Northern District: Senior Judge Samuel Conti</u>
Criminal and/or Civil Case No.:  <u>CV 07-02732 SC</u>
Date Complaint/Indictment/Petition Filed: <u>5/23/07</u>
Date Appealed order/judgment *entered* <u>12/5/07, 11/1/07 & 3/11/08</u>
Date NOA *filed* <u>4/10/08</u>
Date(s) of Indictment   Plea Hearing   Sentencing

COA Status (check one):   ☐ granted in full (attach order)      ☐ denied in full (send record)
                          ☐ granted in part (attach order)      ☐ pending

Court Reporter(s) Name & Phone Number: <u>Jim Yeomans 415 863-5179</u>

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: <u>4/10/08</u>          Date Docket Fee Billed:
Date FP granted:                             Date FP denied:
Is FP pending?  ☐ yes  ☐ no                                Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION**
Appellate Counsel:                          Appellee Counsel: see docket sheet
James M. Hanavan
Craigie McCarthy & Clow
540 Pacific Avenue
San Francisco, CA 94133
415 732-7788
☐ retained   ☐ CJA   ☐ FPD   ☐ Pro Se   ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                               Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                            9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Alfred Amistoso</u> 415 522-2006