ADRMOP, APPEAL, CLOSED, E-Filing, MEDIATION

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:07-cv-02732-SC
# Internal Use Only

| | |
|---|---|
| Moss v. Tiberon Minerals Ltd. | Date Filed: 05/23/2007 |
| Assigned to: Hon. Samuel Conti | Date Terminated: 11/01/2007 |
| Demand: $0 | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity-Other Contract | Nature of Suit: 190 Contract: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

**Trevor Moss**  represented by  **James Mitchell Hanavan**
Craigie McCarthy & Clow
540 Pacific Avenue
San Francisco, CA 94133
(415) 732-7788
Fax: (415) 732-7783
Email: craigielaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kristen E. Drake**
Craigie McCarthy & Clow
540 Pacific Avenue
San Francisco, CA 94133
(415) 732-7788
Fax: (415) 732-7783
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Tiberon Minerals Ltd.**  represented by  **David J. Brown**
MBV Law LLP
855 Front Street
San Francisco, CA 94111
415.781.4400
Fax: 415.989.5143
Email: davidbrown@mbvlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin Joseph Riley**

MBV Law LLP
855 Front Street
San Francisco, CA 94111
(415) 781-4400
Fax: (415) 433-6563
Email: benjamin@mbvlaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/23/2007 | 1 | COMPLAINT for (1) Breach of Written Agreement Based Upon Failure to Pay Earned Bonus & (2) Violations of California Labor Code Sections 200 et seq. & Jury Trial Requested - [Summons Issued] against Tiberon Minerals Ltd., [Filing Fee:$350.00, Receipt Number 34611006672]. Filed by Plaintiff Trevor Moss. (tn, COURT STAFF) (Filed on 5/23/2007) (Entered: 05/24/2007) |
| 05/23/2007 |  | SUMMONS Issued as to Defendant Tiberon Minerals Ltd.. (tn, COURT STAFF) (Entered: 05/24/2007) |
| 05/23/2007 | 2 | ADR SCHEDULING ORDER: Case Management Statement due 8/21/2007 & Initial Case Management Conference set for 8/28/2007 at 10:00 AM.. (Attachments: #(1) EDL Standing Order). (tn, COURT STAFF) (Filed on 5/23/2007) Additional attachment(s) added on 5/24/2007 (tn, COURT STAFF). (Entered: 05/24/2007) |
| 05/23/2007 | 3 | CERTIFICATION Re Interested Entities or Persons Filed by Plaintiff Trevor Moss.(tn, COURT STAFF) (Filed on 5/23/2007) (Entered: 05/24/2007) |
| 05/23/2007 |  | CASE DESIGNATED for Electronic Filing. (tn, COURT STAFF) (Entered: 05/24/2007) |
| 07/10/2007 | 4 | Certificate of Interested Entities by Benjamin Joseph Riley (Riley, Benjamin) (Filed on 7/10/2007) (Entered: 07/10/2007) |
| 07/10/2007 | 5 | STIPULATION *Extending Defendant's Time to Respond to Complaint* by Tiberon Minerals Ltd.. (Riley, Benjamin) (Filed on 7/10/2007) (Entered: 07/10/2007) |
| 07/10/2007 | 6 | NOTICE of Appearance by David J. Brown (Brown, David) (Filed on 7/10/2007) (Entered: 07/10/2007) |
| 08/08/2007 | 7 | ADR Clerks Notice re: Non-Compliance with Court Order. (tjs, COURT STAFF) (Filed on 8/8/2007) (Entered: 08/08/2007) |
| 08/15/2007 | 8 | STIPULATION and Proposed Order selecting Mediation by Trevor Moss (Hanavan, James) (Filed on 8/15/2007) (Entered: 08/15/2007) |
| 08/15/2007 | 9 | AFFIDAVIT of Service for Summons, Complaint, and related materials served on Tiberon Minerals Ltd. on June 22, 2007, filed by Trevor Moss. (Hanavan, James) (Filed on 8/15/2007) (Entered: 08/15/2007) |

| | | |
|---|---|---|
| 08/15/2007 | 10 | ADR Certification (ADR L.R. 3-5b) of discussion of ADR options (Hanavan, James) (Filed on 8/15/2007) (Entered: 08/15/2007) |
| 08/15/2007 | 11 | AFFIDAVIT of Service for Summons, Complaint and Related Materials served on Tiberon Minerals Ltd. on 6/21/07, filed by Trevor Moss. (Hanavan, James) (Filed on 8/15/2007) (Entered: 08/15/2007) |
| 08/16/2007 | 12 | ORDER re 8 Stipulation and Proposed Order selecting Mediation filed by Trevor Moss. Signed by Magistrate Judge Elizabeth D. Laporte on August 16, 2007. (edllc1, COURT STAFF) (Filed on 8/16/2007) (Entered: 08/16/2007) |
| 08/17/2007 | 13 | Declination to Proceed Before a U.S. Magistrate Judge by Tiberon Minerals Ltd. *and Request for Reassignment to a United States District Judge*. (Riley, Benjamin) (Filed on 8/17/2007) (Entered: 08/17/2007) |
| 08/17/2007 | 14 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (lmh, COURT STAFF) (Filed on 8/17/2007) (Entered: 08/17/2007) |
| 08/20/2007 | 15 | ORDER REASSIGNING CASE. Case reassigned to Judge Samuel Conti for all further proceedings. Judge Elizabeth D. Laporte no longer assigned to the case. Signed by Executive Committee on 8/20/07. (ha, COURT STAFF) (Filed on 8/20/2007) (Entered: 08/20/2007) |
| 08/20/2007 | 16 | CLERK'S NOTICE Case Management Conference set for 9/7/2007 10:00 AM. (tdm, COURT STAFF) (Filed on 8/20/2007) (Entered: 08/20/2007) |
| 08/23/2007 | 17 | STIPULATION *Extending Defendant's Time to Respond to the Complaint* by Tiberon Minerals Ltd.. (Riley, Benjamin) (Filed on 8/23/2007) (Entered: 08/23/2007) |
| 08/24/2007 | 18 | ADR Clerk's Notice Appointing JoAnne Dellaverson as Mediator. (cmf, COURT STAFF) (Filed on 8/24/2007) (Entered: 08/24/2007) |
| 08/27/2007 | 19 | STIPULATION AND ORDER extending Defendant's time to respond to Plaintiff's Complaint to September 5, 2007. Signed by Judge Samuel Conti on 8/27/07. (tdm, COURT STAFF) (Filed on 8/27/2007) (Entered: 08/27/2007) |
| 09/04/2007 | 20 | JOINT CASE MANAGEMENT STATEMENT filed by Trevor Moss. (Hanavan, James) (Filed on 9/4/2007) (Entered: 09/04/2007) |
| 09/05/2007 |  | Pre MED phone conference scheduled on 9/12/2007 at 2:00 p.m. (cmf, COURT STAFF) (Filed on 9/5/2007) (Entered: 09/05/2007) |
| 09/07/2007 | 21 | Minute Entry: Initial Case Management Conference held on 9/7/2007 before Judge Samuel Conti (Date Filed: 9/7/2007). Discovery due by 2/7/2008. Jury Trial set for 4/7/2008 09:30 AM. Motion Hearing set for 3/7/2008 10:00 AM. Pretrial Conference set for 4/4/2008 10:00 AM. (Court Reporter Jim Yeomans.) (tdm, COURT STAFF) (Date Filed: 9/7/2007) (Entered: 09/07/2007) |
| 09/07/2007 | 22 | STATUS CONFERENCE ORDER:. Signed by Judge Samuel Conti on 9/7/07. (tdm, COURT STAFF) (Filed on 9/7/2007) (Entered: 09/07/2007) |

| | | |
|---|---|---|
| 09/12/2007 | 23 | First MOTION to Dismiss *for Non-Conviens* filed by Tiberon Minerals Ltd.. Motion Hearing set for 10/26/2007 10:00 AM in Courtroom 1, 17th Floor, San Francisco. (Riley, Benjamin) (Filed on 9/12/2007) (Entered: 09/12/2007) |
| 09/12/2007 | 24 | MEMORANDUM in Support re 23 First MOTION to Dismiss *for Non-Conviens* filed byTiberon Minerals Ltd.. (Related document(s) 23 ) (Riley, Benjamin) (Filed on 9/12/2007) (Entered: 09/12/2007) |
| 09/12/2007 | 25 | Declaration of Mario Caron in Support of 23 First MOTION to Dismiss *for Non-Conviens* filed byTiberon Minerals Ltd.. (Related document(s) 23 ) (Riley, Benjamin) (Filed on 9/12/2007) (Entered: 09/12/2007) |
| 09/12/2007 | 26 | Proposed Order re 23 First MOTION to Dismiss *for Non-Conviens* by Tiberon Minerals Ltd.. (Riley, Benjamin) (Filed on 9/12/2007) (Entered: 09/12/2007) |
| 09/28/2007 | | Set/Reset Hearings: Mediation Hearing set for 11/14/2007 at 10:00 AM at 727 Sansome St., San Francisco, CA. Written statements due 11/4/2007. (cmf, COURT STAFF) (Filed on 9/28/2007) (Entered: 09/28/2007) |
| 10/05/2007 | 27 | Memorandum in Opposition , *Plaintiff's Opposition to Defendant's 23 Motion to Dismiss for Forum Non-Conveniens* filed byTrevor Moss. (Hanavan, James) (Filed on 10/5/2007) Modified on 10/9/2007 (aaa, Court Staff). (Entered: 10/05/2007) |
| 10/05/2007 | 28 | Declaration of Trevor A. Moss in Support of 27 Memorandum in Opposition , *Plaintiff's Opposition to Defendant's Motion to Dismiss for Forum Non-Conveniens* filed byTrevor Moss. (Attachments: # 1 Exhibit A-G)(Related document(s) 27 ) (Hanavan, James) (Filed on 10/5/2007) (Entered: 10/05/2007) |
| 10/05/2007 | 29 | Request for Judicial Notice re 27 Memorandum in Opposition , *Plaintiff's Opposition to Defendant's Motion to Dismiss for Forum Non-Conveniens* filed byTrevor Moss. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Related document(s) 27 ) (Hanavan, James) (Filed on 10/5/2007) (Entered: 10/05/2007) |
| 10/05/2007 | 30 | Declaration of James M. Hanavan in Support of 27 Memorandum in Opposition , *Plaintiff's Opposition to Defendant's Motion to Dismiss for Forum Non-Conveniens* filed byTrevor Moss. (Attachments: # 1 Exhibit A)(Related document(s) 27 ) (Hanavan, James) (Filed on 10/5/2007) (Entered: 10/05/2007) |
| 10/05/2007 | 31 | Declaration of Kristen E. Drake in Support of 27 Memorandum in Opposition , *Plaintiff's Opposition to Defendant's Motion to Dismiss for Forum Non-Conveniens* filed byTrevor Moss. (Related document(s) 27 ) (Hanavan, James) (Filed on 10/5/2007) (Entered: 10/05/2007) |
| 10/12/2007 | 32 | Reply Memorandum re 23 First MOTION to Dismiss *for Non-Conviens* filed byTiberon Minerals Ltd.. (Brown, David) (Filed on 10/12/2007) (Entered: 10/12/2007) |

| | | |
|---|---|---|
| 10/12/2007 | 33 | Declaration of Steven J. Cresswell in Support of 32 Reply Memorandum *for Motion to Dismiss for Forum Non Conveniens* filed byTiberon Minerals Ltd.. (Related document(s) 32 ) (Brown, David) (Filed on 10/12/2007) (Entered: 10/12/2007) |
| 10/12/2007 | 34 | OBJECTIONS to re 32 Reply Memorandum *to the Declaration of Trevor Moss in Opposition to Motion to Dismiss for Forum Non-Conveniens* by Tiberon Minerals Ltd.. (Brown, David) (Filed on 10/12/2007) (Entered: 10/12/2007) |
| 10/12/2007 | 35 | EXHIBITS re 32 Reply Memorandum *Supplemental Authorities* filed byTiberon Minerals Ltd.. (Attachments: # 1 Supplement Peoples Department Stores Inc. v. Wise# 2 Supplement Annual Information Form# 3 Supplement Interprovincial Summonses Act# 4 Supplement Subpoena (Interprovincial) Act)(Related document(s) 32 ) (Brown, David) (Filed on 10/12/2007) (Entered: 10/12/2007) |
| 10/19/2007 | 36 | PLAINTIFFS RESPONSE TO DEFENDANTS 34 OBJECTIONS TO THE DECLARATION OF TREVOR MOSS IN OPPOSITION TO DEFENDANTS MOTION TO DISMISS FOR FORUM NON-CONVENIENS by Trevor Moss. (Hanavan, James) (Filed on 10/19/2007) Modified on 10/23/2007 (aaa, Court Staff). (Entered: 10/19/2007) |
| 10/19/2007 | 37 | *PLAINTIFFS EVIDENTIARY OBJECTIONS TO THE 33 DECLARATION OF STEVEN J. CRESSWELL IN SUPPORT OF MOTION TO DISMISS FOR FORUM NON- CONVENIENS* by Trevor Moss. (Hanavan, James) (Filed on 10/19/2007) Modified on 10/23/2007 (aaa, Court Staff). (Entered: 10/19/2007) |
| 10/19/2007 | 38 | Proposed Order *[PROPOSED] ORDER DENYING DEFENDANTS 23 MOTION TO DISMISS FOR FORUM NON- CONVENIENS[OR IN THE ATLERNATIVE][PROPOSED] ORDER CONTINUING THE HEARING ON DEFENDANTS 23 MOTION TO DISMISS FOR FORUM NON-CONVENIENS IN LIGHT OF OUTSTANDING DISCOVERY ON THE ISSUES* by Trevor Moss. (Hanavan, James) (Filed on 10/19/2007) Modified on 10/23/2007 (aaa, Court Staff). (Entered: 10/19/2007) |
| 10/31/2007 | 39 | ORDER GRANTING REQUEST FOR TELEPHONIC ATTENDANCE AT MEDIATION. Signed by Judge Wayne D. Brazil on 10/31/2007. (wdblc1, COURT STAFF) (Filed on 10/31/2007) (Entered: 10/31/2007) |
| 11/01/2007 | 40 | ORDER by Judge Samuel Conti granting 23 Motion to Dismiss (sclc2, COURT STAFF) (Filed on 11/1/2007) (Entered: 11/01/2007) |
| 11/01/2007 | | (Court only) ***Civil Case Terminated. (tdm, COURT STAFF) (Filed on 11/1/2007) (Entered: 11/02/2007) |
| 11/06/2007 | 41 | MOTION for Entry of Judgment under Rule 54(b) *[Proposed] Judgment of Dismissal* filed by Tiberon Minerals Ltd.. (Brown, David) (Filed on 11/6/2007) (Entered: 11/06/2007) |
| 11/29/2007 | 42 | NOTICE by Trevor Moss *Proposed Judgment of Dismissal* (Hanavan, |

| | | |
|---|---|---|
| | | James) (Filed on 11/29/2007) (Entered: 11/29/2007) |
| 12/05/2007 | 43 | JUDGMENT OF DISMISSAL. Signed by Judge Samuel Conti on 12/5/07. (tdm, COURT STAFF) (Filed on 12/5/2007) (Entered: 12/05/2007) |
| 12/05/2007 | | (Court only) ***Motions terminated: (tdm, COURT STAFF) (Filed on 12/5/2007) (Entered: 12/05/2007) |
| 12/19/2007 | 44 | MOTION to Alter Judgment, MOTION Plaintiff's Motion to Alter Judgment Pursuant to FRCP 59(e) and Motion for Relief From Judgment Dismissing for Forum Non-Conveniens Pursuant to FRCP 60(b) filed by Trevor Moss. Motion Hearing set for 1/25/2008 10:00 AM in Courtroom 1, 17th Floor, San Francisco. (Hanavan, James) (Filed on 12/19/2007) (Entered: 12/19/2007) |
| 12/19/2007 | 45 | Brief re 44 MOTION to Alter Judgment MOTION Plaintiff's Motion to Alter Judgment Pursuant to FRCP 59(e) and Motion for Relief From Judgment Dismissing for Forum Non-Conveniens Pursuant to FRCP 60(b) MOTION Plaintiff's Motion to Alter Judgment Pursuant to FRCP 59(e) and Motion for Relief From Judgment Dismissing for Forum Non-Conveniens Pursuant to FRCP 60(b) filed byTrevor Moss. (Related document(s) 44 ) (Hanavan, James) (Filed on 12/19/2007) (Entered: 12/19/2007) |
| 12/19/2007 | 46 | Declaration of Trevor Moss in Support of 44 MOTION to Alter Judgment MOTION Plaintiff's Motion to Alter Judgment Pursuant to FRCP 59(e) and Motion for Relief From Judgment Dismissing for Forum Non-Conveniens Pursuant to FRCP 60(b) MOTION Plaintiff's Motion to Alter Judgment Pursuant to FRCP 59(e) and Motion for Relief From Judgment Dismissing for Forum Non-Conveniens Pursuant to FRCP 60(b) filed byTrevor Moss. (Related document(s) 44 ) (Hanavan, James) (Filed on 12/19/2007) (Entered: 12/19/2007) |
| 12/19/2007 | 47 | Declaration of James M. Hanavan in Support of 44 MOTION to Alter Judgment MOTION Plaintiff's Motion to Alter Judgment Pursuant to FRCP 59(e) and Motion for Relief From Judgment Dismissing for Forum Non-Conveniens Pursuant to FRCP 60(b) MOTION Plaintiff's Motion to Alter Judgment Pursuant to FRCP 59(e) and Motion for Relief From Judgment Dismissing for Forum Non-Conveniens Pursuant to FRCP 60(b) filed byTrevor Moss. (Attachments: # 1 Exhibit A, Part 1, # 2 Exhibit A, Part 2, # 3 Exhibit A, Part 3, # 4 Exhibit A, Part 4, # 5 Exhibit B, # 6 Exhibit C, # 7 Exhibit D, # 8 Exhibit E, # 9 Exhibit F, # 10 Exhibit G, Part 1, # 11 Exhibit G, Part 2, # 12 Exhibit H, # 13 Exhibit I, # 14 Exhibit J, # 15 Exhibit K, # 16 Exhibit L, # 17 Exhibit M, # 18 Exhibit N) (Related document(s) 44 ) (Hanavan, James) (Filed on 12/19/2007) (Entered: 12/19/2007) |
| 12/19/2007 | 48 | Declaration of William G. Horton in Support of 44 MOTION to Alter Judgment MOTION Plaintiff's Motion to Alter Judgment Pursuant to FRCP 59(e) and Motion for Relief From Judgment Dismissing for Forum Non-Conveniens Pursuant to FRCP 60(b) MOTION Plaintiff's Motion to |

| | | |
|---|---|---|
| | | Alter Judgment Pursuant to FRCP 59(e) and Motion for Relief From Judgment Dismissing for Forum Non-Conveniens Pursuant to FRCP 60(b) filed byTrevor Moss. (Attachments: # 1 Exhibit 1 and 2, Part 1, # 2 Exhibit 2, Part 2, # 3 Exhibit 3, Part 1, # 4 Exhibit 3, Part 2, # 5 Exhibit 3, Part 3, # 6 Exhibit 4 and 5, Part 1, # 7 Exhibit 5, Part 2)(Related document(s) 44 ) (Hanavan, James) (Filed on 12/19/2007) (Entered: 12/19/2007) |
| 12/19/2007 | 49 | Request for Judicial Notice re 44 MOTION to Alter Judgment MOTION Plaintiff's Motion to Alter Judgment Pursuant to FRCP 59(e) and Motion for Relief From Judgment Dismissing for Forum Non-Conveniens Pursuant to FRCP 60(b) MOTION Plaintiff's Motion to Alter Judgment Pursuant to FRCP 59(e) and Motion for Relief From Judgment Dismissing for Forum Non-Conveniens Pursuant to FRCP 60(b) filed byTrevor Moss. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Related document(s) 44 ) (Hanavan, James) (Filed on 12/19/2007) (Entered: 12/19/2007) |
| 12/19/2007 | 50 | CERTIFICATE OF SERVICE by Trevor Moss re 44 MOTION to Alter Judgment MOTION Plaintiff's Motion to Alter Judgment Pursuant to FRCP 59(e) and Motion for Relief From Judgment Dismissing for Forum Non-Conveniens Pursuant to FRCP 60(b) MOTION Plaintiff's Motion to Alter Judgment Pursuant to FRCP 59(e) and Motion for Relief From Judgment Dismissing for Forum Non-Conveniens Pursuant to FRCP 60(b) (Hanavan, James) (Filed on 12/19/2007) (Entered: 12/19/2007) |
| 01/03/2008 | 51 | STIPULATION re 44 MOTION to Alter Judgment MOTION Plaintiff's Motion to Alter Judgment Pursuant to FRCP 59(e) and Motion for Relief From Judgment Dismissing for Forum Non-Conveniens Pursuant to FRCP 60(b) MOTION Plaintiff's Motion to Alter Judgment Pursuant to FRCP 59(e) and Motion for Relief From Judgment Dismissing for Forum Non-Conveniens Pursuant to FRCP 60(b) *Stipulation and (Proposed) Order Regarding Hearing Date and Further Briefing* by Tiberon Minerals Ltd.. (Brown, David) (Filed on 1/3/2008) (Entered: 01/03/2008) |
| 01/07/2008 | 52 | STIPULATION AND ORDER Motion Hearing set for 1/25/08 is continued to 2/8/2008 10:00 AM.. Signed by Judge Samuel Conti on 1/7/08. (tdm, COURT STAFF) (Filed on 1/7/2008) (Entered: 01/07/2008) |
| 01/11/2008 | 53 | Memorandum in Opposition 44 *Re: MOTION Pursuant to Rules 59 and 60* filed byTiberon Minerals Ltd.. (Attachments: # 1 Exhibit A)(Brown, David) (Filed on 1/11/2008) (Entered: 01/11/2008) |
| 01/11/2008 | 54 | OBJECTIONS to *Declaration of Trevor Moss* 44 *Re: Motion Pursuant to Rules 59 and 60* by Tiberon Minerals Ltd.. (Brown, David) (Filed on 1/11/2008) (Entered: 01/11/2008) |
| 01/11/2008 | 55 | OBJECTIONS to *Declaration of William G. Horton* 44 *Re: MOTION Pursuant to Rules 59 and 60* by Tiberon Minerals Ltd.. (Brown, David) (Filed on 1/11/2008) (Entered: 01/11/2008) |
| 01/11/2008 | 56 | OBJECTIONS to *Declaration of James M. Hanavan* 44 *Re: MOTION Pursuant to Rules 59 and 60* by Tiberon Minerals Ltd.. (Brown, David) |

| | | |
|---|---|---|
| | | (Filed on 1/11/2008) (Entered: 01/11/2008) |
| 01/16/2008 | ●57 | STIPULATION *and [Proposed] Order Regarding Hearing Date and Further Briefing on Plaintiff's Rule 59(e) and 60(b) Motions* by Trevor Moss. (Hanavan, James) (Filed on 1/16/2008) (Entered: 01/16/2008) |
| 01/17/2008 | ●58 | STIPULATION AND ORDER continuing hearing date on Plaintiff's Rule 59(e) and 60(b) Motions to 2/22/08 at 10:00 A.M.. Signed by Judge Samuel Conti on 1/16/08. (tdm, COURT STAFF) (Filed on 1/17/2008) (Entered: 01/17/2008) |
| 01/17/2008 | ● | Set/Reset Hearings: Motion Hearing set for 2/22/2008 10:00 AM. (tdm, COURT STAFF) (Filed on 1/17/2008) (Entered: 01/17/2008) |
| 01/25/2008 | ●59 | Reply to Opposition *, Reply Brief in Support of Plaintiff's 44 Motion to Alter Judgment Pursuant to FRCP 59(e) and Motion for Relief from Judgment Dismissing for Forum Non-Conveniens Pursuant to FRCP 60 (b)* filed byTrevor Moss. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Hanavan, James) (Filed on 1/25/2008) Modified on 1/28/2008 (aaa, Court Staff). (Entered: 01/25/2008) |
| 03/11/2008 | ●60 | ORDER re 44 MOTION to Alter Judgment filed by Trevor Moss. Signed by Judge Samuel Conti on 3/11/08. (tdm, COURT STAFF) (Filed on 3/11/2008) (Entered: 03/11/2008) |
| 04/10/2008 | ●61 | NOTICE OF APPEAL as to 60 Terminate Deadlines and Hearings, Order, 43 Judgment, 40 Order on Motion to Dismiss by Trevor Moss. Filing fee $ 455.00, receipt number 34611018051. (aaa, Court Staff) (Filed on 4/10/2008) (Entered: 04/11/2008) |
| 04/10/2008 | ● | UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT CIVIL APPEALS DOCKETING STATEMENT. (aaa, Court Staff) (Filed on 4/10/2008) (Entered: 04/11/2008) |
| 04/10/2008 | ●62 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 61 Notice of Appeal (aaa, Court Staff) (Filed on 4/10/2008) (aaa, Court Staff). (Entered: 04/11/2008) |
| 04/10/2008 | ●63 | Copy of 61 Notice of Appeal and Docket sheet mailed to the Ninth Circuit Court of Appeals and to all counsel without an e-mailing address. (aaa, Court Staff) (Filed on 4/10/2008) (Entered: 04/11/2008) |